68

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

***Connie Denice Watson***

**v.**

**Wayne Sikorcin, Donna Ramere, Alexis Glenn, Kendall Harter, Joshua Malone, Ajit Khubani**

FILED
NOV 23 2026
U.S. DISTRICT COURT
FLINT, MICHIGAN

Jury Trial: ☐ Yes ☑ No

Case: 2:26-cv-14431
Assigned To : Parker, Linda V.
Referral Judge: Patti, Anthony P.
Assign. Date : 11/23/2026
CMP Watson [ENJOINED] v. Sikorcin, et al

Complaint For a Civil Case

On Dates of (09/10/2007) – (12/10/2010) – (04/22/2011) and On Dates of (09/08/2010) – (11/29/2011) – (03/24/2014) and On Dates of (08/21/2015) – (08/11/2016) – (11/15/2017) and On Dates of (09/22/2014 – (12/15/2020) – (08/22/2023) and On Dates of (11/20/2015) – (01/17/2017) – (06/14/2024), at Place USPTO Agency of Alexandria, Va. The Defendant Wayne Sikorcin and The Defendant Donna Ramere and The Defendant Alexis Glenn of Subordinate Minor at Time of event now as an Adult and of Team Partner with Defendant Donna Ramere and The Defendant Kendall Harter and The Defendant Joshua Malone and The Defendant Ajit Khubani of a Leader of Organization of a Corporation Negligently Filed a Patent for Devices of Tying a Knot of a Water Balloon and Devices of Filling a Balloon with Water, and Devices of Components of Tying a Knot of a Self Sealing Knot of a Capsule of a Balloon Filled with Water of a Water Release and Devices of a Multi System For Filling Balloons with Water, and Devices of a System and Method For Filling Containers with Fluids of Filling Balloons with Water and Tying a Knot of a Self Sealing Knot of Water Balloons, to Receive a Granted United States Patent of a Submission Presentation to Market of a Sell Claim of a Profit, against The Plaintiff Invention. Attachment of One Page....... Continue,

As a Result The Plaintiff was Harmed of Corruption of Organization of a Corporation of Schemes of Theft of a Stolen Invention of Robbery of Extortion of a Granted United States Patent of a Criminal Act of a Crime of doing Fraud of a Fraudulent Act of Inventing of Stealing From The Plaintiff of a Claim of The Plaintiff Invention of a Continuous of doing of a Profit Gain done by using Organization of a Corporation of Robbery of Extortion, of a Connection Involvement with The Plaintiff of using Plaintiff of Robbery of Extortion of a Receive of Valuable Information of a Detail Function of The Plaintiff Invention done of a Staged Act of a Fraudulent Act of Inventing of The Plaintiff Invention of Devices of Filling a Balloon or Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons or a Balloon of a Toy Set Kit of Making Water Balloons, That Harmed The Plaintiff of a Stolen Invention, That Caused The Plaintiff Damages of a Loss Profit ,That Violated The Plaintiff Rights of a Profit of Legal Identity to Receive a Granted United States Patent of a Submission Presentation to Market of a Sell Claim Profit of Legal Identity of a Development of a Business of a Claim of Plaintiff Invention, That Repeatedly Violated The Plaintiff Rights of a Profit That Caused The Plaintiff Damages of a Loss of Profit That Violated The Plaintiff Rights of a Profit of Business of a Claim of The Plaintiff Invention, The Plaintiff was also Harmed of a Link Connection done of a Team of Individual of Marketing of a Sell Claim of a Profit of Claim of The Plaintiff Invention of Schemes of Theft of Robbery of Extortion, The Plaintiff Claim Damages of Punitive Damages of Relief.

Therefore the Plaintiff demands Judgment against Defendants, Plaintiff Claim Damages of Punitive Damages In The Amount of One Hundred and Fifty Billion Dollars or The Value of Present Date of Year of a Value Claim of The Plaintiff Invention.

Defendant No. 3

| | |
|---|---|
| Name | Connie Watson |
| Job or Title (if known) | Toy Inventor |
| Street Address | 2101 Suncrest Dr. |
| City and County | Flint, Genesee |
| State and Zip Code | Michigan, 48504 |
| Telephone Number | 810-875-0347 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Wayne Sikorcin |
| Job or Title (if known) | Owner of Craftsman Tool and Mold Company |
| Street Address | 2662, Bentely Ct. |
| City and County | Illinois Lisle, and Dupage |
| State and Zip Code | Illinois, 60532 |
| Telephone Number | 904-625-8702- and - 904-647-5236 |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. (18 U.S.C. 1964) - (18 U.S.C. 1961) – (18 U.S. C. 1962) – (RICO)

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1 The Plaintiff(s)

a. If the plaintiff is an individual
The plaintiff, *Connie Watson,* is a citizen of the State of *Michigan*

b. If the plaintiff is a corporation
The plaintiff, *Connie Denice Watson* is incorporated under the laws of the State of *2101 Suncrest Dr. Flint, Michigan 48504)*
Toy Inventor of Devices of Filling Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons of a Toy Set Kit of Making Water Balloons and has its principal place of business in the State of Michigan.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

7. The Defendant(s)

a. .If the defendant is an individual
The defendant, Wayne Sikorcin is a citizen of the State of *Illinois*,. *Or* is a citizen of *(foreign nation)* ________________________.

b. .If the defendant is a corporation
The defendant, Wayne Sikorcin, is incorporated under the laws of the State of *Illinois,* and has its principal place of business in the State of *2662 Benteley Ct. Lisle, Illinois 60532.*
Craftsman Tool and Mold Company, *Or* is incorporated under the laws of *(foreign nation)* ________________________, and has its principal place of business in *(name)*______________________________,

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

What is the basis for federal court jurisdiction? (check all that apply)

☐ Federal question ☑ Diversity of citizenship

Defendant No. 3

| | |
|---|---|
| Name | Connie Watson |
| Job or Title (if known) | Toy Inventor |
| Street Address | 2101 Suncrest Dr. |
| City and County | Flint, Genesee |
| State and Zip Code | Michigan, 48504 |
| Telephone Number | 810-875-0347 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Donna Ramere |
| Job or Title (if known) | Owner Image Marketing USA LLC |
| Street Address | 8668 Carbella Cir. and of 107 Heron Dr. |
| City and County | Myrtle Beach, Horry and Palm Coast, Flagler |
| State and Zip Code | South Carolina, 29579-and- Florida 32137 |
| Telephone Number | 904-625-8702 and - and 904-647-5236 |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. (18 U.S.C. 1964) - (18 U.S.C. 1961) - (18 U.S.C. 1962) - (RICO)

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

a. If the plaintiff is an individual
The plaintiff, *Connie Watson,* is a citizen of the State of *Michigan*

b. If the plaintiff is a corporation
The plaintiff, *Connie Denice Watson* is incorporated under the laws of the State of *2101 Suncrest Dr. Flint, Michigan 48504)*
Toy Inventor of Devices of Filling Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons of a Toy Set Kit of Making Water Balloons and has its principal place of business in the State of Michigan.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

. 1. The Defendant(s)

a… If the defendant is an individual
The defendant, Donna Ramere is a citizen of the State of *South Carolina, and Florida*,.
*Or* is a citizen of *(foreign nation)* ________________________.

b…. If the defendant is a corporation
The defendant, Donna Ramere, is incorporated under the laws of the State of South Carolina, and Florida, and has its principal place of business in the State of *8668 Carbella Cir. Myrtle Beach, South Carolina 29579. and of 107 Heron Dr. and Palm Coast, Florida 32137. Or* is incorporated under the laws of *(foreign nation)* ________________________, and has its principal place of business in *(name)*____________________________,

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)* *(Additional pages of Attach)*

*What is the basis for federal court jurisdiction? (check all that apply)*

☐ Federal question ☑ Diversity of citizenship

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Connie Watson |
| Street Address | 2101 Suncrest Dr. |
| City and County | Flint, Genesee |
| State and Zip Code | Michigan, 48504 |
| Telephone Number | 810-875-0347 |
| E-mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Alexis Glenn |
| Job or Title (if known) | Owner Image Marketing USA LLC |
| Street Address | 8668 Carbella Cir, and of 107 Heron Dr. |
| City and County | Myrtle Beach, Horry and Palm Coast, Flagler |
| State and Zip Code | South Carolina, 29579 and Florida, 32137 |
| Telephone Number | 904-625-8702 and 904-647-5236 |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. (18 U.S.C. 1964) - (18 U.S.C. 1961) - (18 U.S.C.1962) - (RICO)

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1.The Plaintiff(s)

a. If the plaintiff is an individual
The plaintiff, *Connie Watson,* is a citizen of the State of *Michigan*

b. If the plaintiff is a corporation
The plaintiff, *Connie Denice Watson* is incorporated under the laws of the State of *2101 Suncrest Dr. Flint, Michigan 48504)*
Toy Inventor of Devices of Filling Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons of a Toy Set Kit of Making Water Balloons and has its principal place of business in the State of *Michigan.*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3. The Defendant(s)

a… If the defendant is an individual
The defendant, Alexis Glenn is a citizen of the State of *South Carolina and Florida*, *Or* is a citizen of *(foreign nation)* ________________________.

b. .If the defendant is a corporation
The defendant, Alexis Glenn, is incorporated under the laws of the State of South Carolina and Florida, and has its principal place of business in the State of *8668 Carbella Cir. Myrtle Beach, South Carolina 29579, and of 107 Heron Dr. Palm Coast, Florida 32137.*
Owner Image Marketing USA LLC, *Or* is incorporated under the laws of *(foreign nation)* ________________________, and has its principal place of business in *(name)*______________________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*
*(Additional pages of Attach )* What is the basis for federal court jurisdiction? (check all that apply)

☐ Federal question ☑ Diversity of citizenship

Defendant No. 3

| | |
|---|---|
| Name | Connie Watson |
| Job or Title (if known) | Toy Inventor |
| Street Address | 2101 Suncrest Dr. |
| City and County | Flint, Genesee |
| State and Zip Code | Michigan, 48504 |
| Telephone Number | 810-875-0347 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Kendall Harter |
| Job or Title (if known) | Founder and CEO for Hydro Toys |
| Street Address | 25716 Cliff Cir. |
| City and County | Briarcliff Travis, and Burnet |
| State and Zip Code | Texas 78669 |
| Telephone Number | 432-559-9394 and 830-693-3740 |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. (18 U.S.C. 1964) - (18 U.S.C. 1961) - (18 U.S.C. 1962) - (RICO)

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

a. If the plaintiff is an individual
The plaintiff, *Connie Watson,* is a citizen of the State of *Michigan*

b. If the plaintiff is a corporation
The plaintiff, *Connie Denice Watson* is incorporated under the laws of the State of *2101 Suncrest Dr. Flint, Michigan 48504)*
Toy Inventor of Devices of Filling Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons of a Toy Set Kit of Making Balloons Water and has its principal place of business in the State of Michigan.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4. The Defendant(s)

a. .If the defendant is an individual
The defendant, Kendall Harter is a citizen of the State of *Texas Or* is a citizen of *(foreign nation)* ________________________.

b. .If the defendant is a corporation
The defendant, Kendall Harter, is incorporated under the laws of the State of *Texas* and has its principal place of business in the State of *25716 Cliff Cir. Briarcliff, Texas 78669.*
Founder and CEO for Hydro Toys, *Or* is incorporated under the laws of *(foreign nation)* ________________________, and has its principal place of business in *(name)*______________________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*
*(Additional pages of Attach)*

What is the basis for federal court jurisdiction? (check all that apply)

☐ Federal question ☑ Diversity of citizenship

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Connie Watson |
| Street Address | 2101 Suncrest Dr. |
| City and County | Flint, Genesee |
| State and Zip Code | Michigan, 48504 |
| Telephone Number | 810-875-0347 |
| E-mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Joshus Malone |
| Job or Title (if known) | Owner of Tinnus Enterprises |
| Street Address | 11600 Ten Penny Dr. |
| City and County | Virgina, Fairfax Station |
| State and Zip Code | Virginia, 22039 |
| Telephone Number | 972-422-1140 and 972-689-8124 - 972-689-8134 |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. (18 U.S.C. 1964) - (18 U.S.C. 1961) – (18 U.S.C. 1962) - (RICO)

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

a. If the plaintiff is an individual
The plaintiff, *Connie Watson,* is a citizen of the State of *Michigan*

b. If the plaintiff is a corporation
The plaintiff, *Connie Denice Watson* is incorporated under the laws of the State of *2101 Suncrest Dr. Flint, Michigan 48504)*
Toy Inventor of Devices of Filling Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons of a Toy Set Kit of Making Water Balloons and has its principal place of business in the State of *Michigan.*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

5. The Defendant(s)

a. .If the defendant is an individual
The defendant, Joshua Malone is a citizen of the State of *Virginia*. *Or* is a citizen of *(foreign nation)* ________________________.

b. .If the defendant is a corporation
The defendant, Joshua Malone, is incorporated under the laws of the State of Virginia, and has its principal place of business in the State of *11600 Ten Penny Dr. Virginia Fairfax Station, Virginia 22039.*
Owner Tinnus Enterprises Virginia Fairfax Station, Virginia 22039. *Or* is incorporated under the laws of *(foreign nation)* ________________________, and has its principal place of business in *(name)*______________________________,

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*
*(Additional pages of Attach )*

What is the basis for federal court jurisdiction? (check all that apply)

☐ Federal question ☑ Diversity of citizenship

Defendant No. 3

| | |
|---|---|
| Name | Connie Watson |
| Job or Title (if known) | Toy Inventor |
| Street Address | 2101 Suncrest Dr. |
| City and County | Flint, Genesee |
| State and Zip Code | Michigan, 48504 |
| Telephone Number | 810-875-0347 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Ajit Khubani |
| Job or Title (if known) | Founder and CEO of Telebrands and BulbHead |
| Street Address | Inc. One Telebrands Plaza Fairfield |
| City and County | New Jersey, Essex |
| State and Zip Code | New Jersey, 07004 |
| Telephone Number | 973-227-8777 and 1-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 |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. (18 U.S.C. 1964) - (18 U.S.C. 1961) – (18 U.S.C. 1962) - (RICO)

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

a. If the plaintiff is an individual
The plaintiff, *Connie Watson,* is a citizen of the State of *Michigan*

b. If the plaintiff is a corporation
The plaintiff, *Connie Denice Watson* is incorporated under the laws of the State of *2101 Suncrest Dr. Flint, Michigan 48504)*
Toy Inventor of Devices of Filling Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons of a Toy Set Kit of Making Water Balloons and has its principal place of business in the State of *Michigan.*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

6. The Defendant(s)

a. .If the defendant is an individual
The defendant, AJIT Khubani is a citizen of the State of *New Jersey*. *Or* is a citizen of *(foreign nation)* ________________________.

b. .If the defendant is a corporation
The defendant, AJIT. Khubani, is incorporated under the laws of the State of *New Jersey*, and has its principal place of business in the State of *Inc. One Telebrands Plaza Fairfield New Jersey, New Jersey 07004.*
Founder and CEO of Telebrands and BuldHead, *Or* is incorporated under the laws of *(foreign nation)* ________________________, and has its principal place of business in *(name)*______________________________,

*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*
*(Additional pages of Attach )* What is the basis for federal court jurisdiction? (check all that apply)

☐ Federal question ☑ Diversity of citizenship

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*: The Plaintiff explain claim, of Damages of Punitive Damages, In The Amount of One Hundred and Fifty Billion Dollars or The Value of Present Date of Year of a Value Claim of Plaintiff Invention. The Plaintiff is Acknowledge to Marketing of a Business of Traditional Water Balloons Contribute to the Sale of 1.6 Billion Dollars are Sold each year in the U.S. of Plastic Balloons,

On Dates of (09/10/2007)-(12/10/2010)-(04/22/2011) and On Dates of (09/08/2010)–(11/29/2011)–(03/24/2014)and On Dates of (08/21/2015)–(08/11/2016)–(11/15/2017) and On Dates of (09/22/2014)–(12/15/2020)–(08/22/2023) and On Dates of (11/20/2015)–(01/17/2017)–(06/14/2024), at Place of USPTO Agency of Alexandria, Va. The Defendant Wayne Sikorcin and The Defendant Donna Ramere and The Defendant Alexis Glenn of Team Partner with Defendant Donna Ramere and The Defendant Kendall Harter and The Defendant Joshua Malone and The Defendant Ajit Khubani of a Leader of Organization of a Corporation Negligently Filed a Patent for Devices of Tying a Knot of a Water Balloon and Devices of Filling a Balloon with Water, and Devices of Components of Tying a Knot of a Self Sealing Knot of a Capsule of a Balloon Filled with Water of a Water Release and Devices of a Mulit System for Filling Balloons with Water, and Devices of a System and Method For Filling Containers with Fluids of Filling Balloons with Water and Tying a Knot of a Self Sealing Knot of Water Balloons to Receive a Granted United Patent of a Submission Presentation to Market of a Sell Claim of a Profit, against The Plaintiff Invention.

As a Result The Plaintiff was Harmed of Corruption of Organization of a Corporation of Schemes of Theft of Robbery of Extortion of a Stolen Invention, of a Granted United States Patent of a Criminal Act of a Crime doing Fraud of a Fraudulent Act of Inventing of Stealing From The Plaintiff of a Claim of The Plaintiff Invention of a Continuous of a doing of a Profit of a Claim Plaintiff Invention done of Schemes of Theft of Robbery of using Organization of a Corporation of Robbery of Extortion of a Connection Involvement with The Plaintiff of using The Plaintiff of Robbery of Extortion of a Receive of Valuable Information of a Detail Function of The Plaintiff Invention to do a Staged Act of a Fraudulent Act of Inventing of The Plaintiff Invention of a Crime, That Violated The Plaintiff Rights of Business of Claim of The Plaintiff Invention of Devices of Filling a Balloon or Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons of a Toy Set Kit of Making Water Balloons That Repeatedly Violated The Plaintiff Rights, That Cause The Plaintiff Damages of a Loss Profit of a Business a Claim of The Plaintiff Invention of Business, That Harmed The Plaintiff of Schemes of Theft of a Stolen Invention, That Cause The Plaintiff Damages of a Loss Profit of Violations of The Plaintiff Rights of a Profit of Legal Identity to Receive a Granted United States Patent of a Submission Presentation to Market of a Sell Claim of a Profit of Legal Identity of a Business of a Claim of Plaintiff Invention, The Plaintiff Claim Damages of Punitive Damages of Relief.

Therefore the Plaintiff demands Judgement against Defendant, the Plaintiff Claim Damages of Punitive Damages of Relief, In The Amount of One Hundred and Fifty Billion Dollars of The Value of Present Date of Year of a Value Claim of Plaintiff Invention.

## III Statement of Claim

Plaintiff short and plain statement of the claim is On Dates of (09/10/2007)–(12/10/2010)–(04/22/2011) and On Dates of (09/08/2010)–(11/29/2011)–(03/24/2014) and On Dates of (08/21/2015)–(08/11/2016)–(11/15/2017) and On Dates of (09/22/2014)–(12/15/2020)–(08/22/2023) and On Dates of (11/20/2015)–(01/17/2017)–(06/14/2024), at Place of USPTO Agency of Alexandria Va. The Defendant Wayne Sikorcin and The Defendant Donna Ramere and The Defendant Alexis Glenn and The Defendant Kendall Harter and The Defendant Joshua Malone and The Defendant Ajit Khubani of a Leader of Organization of a Corporation Negligently Filed a Patent for Devices of Tying a Knot of a Water Balloon and Devices of Filling a Balloon with Water, and Devices of Components of Tying a Knot of a Self Sealing Knot of Capsule of a Balloon Filled with Water of a Water Release and Devices of a Mulit System for Filling Balloons with Water, and Devices of a System and Method For Filling Containers with Fluids of Filling Balloons with Water and Tying a Knot of a Self Sealing Knot of Water Balloons to Receive to Receive a Granted United Patent of a Submission Presentation to Market of a Profit, against The Plaintiff Invention.

As a Result The Plaintiff was Harmed of a Stolen Invention, That Caused The Plaintiff Damages of a Loss of Profit of Robbery of Extortion That Violated The Plaintiff Rights of a Profit to Receive a Granted United States Patent, That Caused The Plaintiff Damages of a Loss of Profit That Violated The Plaintiff Rights of a Profit of Claim of The Plaintiff Invention of Devices of Filling a Balloon or Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons or a Balloon of a Toy Set Kit of Making Water Balloons, That Caused The Plaintiff Damages of a loss of Profit That Violated The Plaintiff Rights of a Profit of a Business of Claim of The Plaintiff Invention of Business, The Plaintiff Claim Damages of Punitive Damages of Relief.

Therefore the Plaintiff demands Judgment against Defendants, the Plaintiff Claim Damages of Punitive Damages of Relief, In The Amount of One Hundred and Fifty Billion Dollars or The Value of Present Date of Year of a Value Claim of Plaintiff Invention.

Facts Showing of Damages Is On Dates of (09/10/2007) – (12/10/2010) – (04/22/2011) and On Dates of (09/08/2010) – (11/29/2011) – (03/24/2014) and On Dates of (08/21/2015) – (08/11/2016) – (11/15/2017) and On Dates of (09/22/2014) – (12/15/2020) – (08/22/2023) and On Dates of (11/20/2015) – (01/17/2017) – (06/14/2024) at Place of USPTO Agency of Alexandria Va. The Defendant Wayne Sikorcin and The Defendant Donna Ramere and The Defendant Alexis Glenn of Team Partner with Defendant Donna Ramere and The Defendant of Kendall Harter and The Defendant Joshua Malone and The Defendant Ajit Khubani of Leader of Organization of a Corporation Negligently Filed a Patent for Devices of Tying a Knot of a Water Balloon and Devices of Filling a Balloon with Water, and Devices Components of Tying a Knot of a Self Sealing Knot of Capsule of a Balloon Filled with Water of a Water Release and Devices of a Mulit System for Filling Balloons with Water, and Devices of a System and Method for Filling Containers with Fluids of Filling Balloons with Water and Tying a Knot of a Self Sealing Knot of Water Balloons, to Receive a Granted United Patent of a Submission Presentation to Market of a Profit, against The Plaintiff Invention.

As a Result The Plaintiff was Harmed of Corruption of Organization of a Corporation of Schemes of Theft of Stolen Invention of Robbery of Extortion of a Criminal Act of a Crime of doing Fraud of a Fraudulent Act of Inventing of Stealing From of a Claim of The Plaintiff Invention of a Continuous of Doing of a Profit of a Claim Plaintiff Invention, done of using Organization of a Corporation of Robbery of Extortion of a Connection Involvement with The Plaintiff of using Plaintiff of Robbery of Extortion of a Receive of Valuable Information of a Detail Function of The Plaintiff Invention to do a Staged Act of a Fraudulent Act of Inventing of a Claim of The Plaintiff Invention of Devices of Filling a Balloon or Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons or a Balloon of a Toy Set Kit of Making Water Balloons, That Repeatedly Cause The Plaintiff Damages of a Loss Profit That Violated The Plaintiff Rights of a Profit of a Business of a Claim of The Plaintiff Invention of Business, That Harmed The Plaintiff of Schemes of Theft of Robbery of Extortion of a Stolen Invention, That Cause The Plaintiff Damages of a Loss Profit That Violated The Plaintiff Rights of a Profit of Legal Identity to Receive a Granted United States Patent of a Claim of The Plaintiff Invention of a Submission Presentation to Market of a Sell Claim of Profit of a Legal Identity of a Business, The Plaintiff Claim Damages of Punitive Damages of Relief.

Therefore the Plaintiff demands Judgment against Defendant, the Plaintiff Claim Damages of Punitive Damages of Relief, In The Amount of One Hundred and Fifty Billion Dollars or The Value of Present Date of Year of a Value Claim of Plaintiff Invention.

## IV. Relief

On Dates of (09/10/2007) – (12/10/2010) – (04/22/2011) and On Dates of (09/08/2010) – (11/29/2011) – (03/24/2014) and On Dates of (08/21/2015) - (08/11/2016) – (11/15/2017) and On Dates of (09/22/2014) – (12/15/2020) – (08/22/2023) and On Dates of (11/20/2015) – (01/17/2017) – (06/14/2024), at Place USPTO Agency of Alexandria, Va. The Defendant Wayne Sikorcin and The Defendant Donna Ramere and The Defendant Alexis Glenn and The Defendant Kendall Harter and The Defendant Joshua Malone and The Defendant Ajit Kuhbani of Leader of Organization of a Corporation Negligently Filed a Patent for Devices of Tying a Knot of a Water Balloon and Devices of Filling a Balloon with Water, and Devices of Components of Tying a Knot of a Self Sealing of a Balloon Filled with Water of Release and Devices of a Mulit System for Filling Balloons with Water, and Devices of a System and Method for Filling Containers with Fluids of Filling Balloons with Water and Tying a Knot of a Self Sealing Knot of Water Balloons Tying a Knot of a Water Balloons, to Receive a Granted United States Patent of a Submission Presentation to Market of a Sell Claim of a Profit, against The Plaintiff Invention.

As a Result The Plaintiff was Harmed of Corruption of Organization of a Corporation of Schemes of Theft of a Stolen Invention of Robbery of Extortion of a Granted United States Patent of a Criminal Act of a Crime of doing Fraud of a Fraudulent Act of Inventing of Stealing From the Plaintiff of a Claim of The Plaintiff Invention of a Continuous of doing of a Profit of a Claim of The Plaintiff Invention done using Organization of a Corporation of Robbery of Extortion, of a Connection Involvement with The Plaintiff of using The Plaintiff of Robbery of Extortion of a Receive of Valuable Information of a Detail Function of The Plaintiff Invention done of Staged Act of a Fraudulent Act of Inventing of The Plaintiff Invention Devices of Filling a Balloon or Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons or a Balloon of a Toy Set Kit of Making Water Balloons, That Harmed The Plaintiff of a Stolen Invention, That Repeatedly Caused the Plaintiff Damages of a Loss of Profit That Violated The Plaintiff Rights of a Profit of Business of a Claim of Plaintiff Invention, That Harmed The Plaintiff of Damages of Loss Profits That Violated The Plaintiff Rights of a Profit of Legal Identity to Receive a Granted United States Patent of a Submission Presentation to Market of a Sell Claim Profit of Legal Identity of a Development of a Business of a Claim of The Plaintiff Invention, The Plaintiff was also The Plaintiff Harmed of a Link Connection done of a Team of Individual of Marketing of a Sell Claim of a Profit of Claim of The Plaintiff Invention of Schemes of Theft of Robbery of Extortion, The Plaintiff Claim Damages of Punitive Damages of Relief.

Therefore the Plaintiff demands Judgment against Defendants, the Plaintiff Claim Damages of Punitive Damages In The Amount of One Hundred and Fifty Billion Dollars or The Value of Present Date of Year of a Claim of Value of Plaintiff Invention. Plaintiff asks The Court to Order a Relief the Plaintiff Claim Damages of Punitive Damages of Relief.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 23, 2026.

Signature of Plaintiff Ms, Connie Watson

Printed Name of Plaintiff Connie Watson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

The Plaintiff Judgement Settlements of Matters.

( PLAINTIFF v. DEFENDANT) CASE No. 2:26-CV-14431

THE PLAINTIFF; CONNIE WATSON, STATEMENT OF SETTLEMENTS OF MATTERS.

PLAINTIFF: CONNIE WATSON, IS AGREEABLE TO DEFENDANT AGREEMENT OF AGREED STATEMENT OF SETTLEMENTS OF JUGEMENT.

PLAINTIFF: CONNIE WATSON, "SETTLEMENTS STATEMENT' A VOID RELIEF OF HIS OR HER FILED CLAIM OF GRANTED UNITED STATES PATENTS OF A FILED CLAIM OF THE PLAINTIFF INVENTION OF DEVICES OF FILLIING BALLOONS WITH WATER AND TYING A KNOT OF A WATER BALLOON AND TYING A KNOT OF A SELF SEALING KNOT OF WATER BALLOONS OF A TOY SET KIT OF MAKING WATER BALLOONS.

PLAINTIFF: CONNIE WATSON, "SETTLEMENTS STATEMENT' A DISCONTINUE OF A MARKETING OF A PRODUCT CONDUCT OF A COMPANY OF A PROFIT SELL CLAIM OF THE PLAINTIFF INVENTION OF DEVICES OF FILLING BALLOONS WITH WATER AND TYING A KNOT OF A WATER BALLOON AND TYING A KNOT OF A SELF SEALING KNOT OF WATER BALLOONS OF A TOY SET KIT OF MAKING WATER BALLOONS.

PLAINTIFF: CONNIE WATSON, "SETTLEMENTS STATEMENT' A LAWSUIT OF A JUDGEMENT OF SETTLEMENTS OF ONE HUNDRED AND FIFTY BILLION DOLLARS OR THE VALUE OF PRESENT DATE OF YEAR OF A VALUE OF CLAIM OF THE PLAINTIFF INVENTION OF DEVICES OF FILLING BALLOONS WITH WATER AND TYING A KNOT OF A WATER BALLOON AND TYING A KNOT OF A SELF SEALING KNOT OF WATER BALLOONS OF A TOY SET KIT OF MAKING WATER BALLOONS.

JUDGE SIGATURE /S/ ____________________

DATE ____________ PRINTED NAME OF ____________________

DATE 11-23-2026 PLAINTIFF SIGNATURE/S/ Ms. Connie Watson
PRINTED NAME OF Connie Watson

DATE ____________ DEFENDANT SIGNATURE/S/ ____________________
PRINTED NAME OF ____________________

DATE ____________ NOTARY DEPUTY, or CLERK/OF COURT SIGNATURE /S/ ____________________
PRINTED NAME OF ____________________

Additional Information:

As a Result The Plaintiff list The Defendants Companies Addresses and Phone Numbers and of Company Annual and of The Defendants Patent Numbers of Marketing The Plaintiff Invention of a Sell Profit Claim of their Schemes of Theft of Robbery of Extortion of a Criminal Act of a Crime of Fraud of Identity Theft, of The Plaintiff Invention The Plaintiff Claim Damages Punitive Damages of Relief,

1. The Defendant Wayne Sikorcin Patent Numbers U.S. Pat. No. US75/496,968,83 and US87/830,01 and US83/076,12., The Defendant Wayne Sikorcin Annual and Companies Annual of The U.S. Wholesale Suppliers sell up to 1.6 Billion Dollars Annually of Water Balloons Defendant Wayne Sikorcin Companies and Distributors Addresses and Phone Numbers of Founder and CEO of Craftsman Tool and Mold Company 2750 Church Rd. Aurora Illinois 60502. Founder and CEO Larry John Tchamkertenian of Imperial Company of 6409 Independence Ave, Woodland Hill Ca. 91367..Number Phone(1-800-543-6551)-(818-536-6470)-(818-536-6444)-(818)-536-6500)-(1-800-222-1222)-(818-221-0359)—(213-489 2110).Founder and CEO Chris Cocks of Hasbro of 1027 Pawtucket Newport Avenue of Rhode Island 02861 U.S. Phone Numbers (401-431—8697)-(1-800-255-5516). Founder and CEO Andrew Selevan of Jaru Toy Company 12901 Flagler Center Blvd, Jacksonville, FL. 32258 Phone Number (904-733-9311),

2. The Defendant Donna Ramere, Patent Number U.S. D729903.,,U.S. 12/877,502.,,U.S. 13/306,598)... The Defendant Alexis Glenn, Patent Number U.S. D729903.,, U.S. 12/877,502.,,U.S. 13/306,598),... The Defendant Donna Ramere Annual and Companies Annual of The U.S. Wholesale Suppliers Sell up to 1.6 Billion Dollars Annually of Water Balloons, The Defendant Alexis Glenn Annual and Companies Annual of The U.S. Wholesale Suppliers sell up to 1.6 Billion Dollars, Annually of Water Balloons. The Defendant Donna Ramere and The Defendant Alexis Glenn These are their Companies and Distributors Addresses and Phone Numbers of Discovery Kid ToysR'Us Inc. One Geoffrey Way Wayne, NJ. 07470. Phone Number (973-617-3500) and Family Dollar Store Ware House Distributor 10401, Old Monroe Road, Mathews, North Carolina 28105 Phone Number (1-844-636-7687)-(704-847-6961) President and CEO Howard R. Levine. Pumponator Principal Roisin Comeford of Manufacture distributors 201 N Union St. 110 Alexandria Va. 22314 (904-647-5236). Young Explorers US Headquarter 901 Fifth Avenue Suite 1200, Seattle, Washington 98164 Phone Number (1-206- 623-1986),

3. The Defendant Kendall Harter, Patent Numbers U.S. Pat. No 9,051,066 and US-D 79385-S1 and US-D772,9465, The Defendant Kendall Harter Annual and Company Annual of The U.S. Wholesale Suppliers Sell up to 1.6 Billion Dollars Annually of Water Balloons... The Defendant Kendall Harter Company and Distributor Address of a CEO of Hydro Toys at 25715 Cliff Cir. Spicewood TX. 78669 of Manufacture in Austin, Texas. (None connection Phone Numbers),

4. The Defendant Joshua Malone, Patent Numbers U.S. Pat. No 9,242,749 and 9,051,066 and 11/465,786 and 11/866,209... The Defendant Joshua Malone Annual and Companies Annual of The U.S. Wholesale Suppliers Sell up to 1.6 Billion Dollars Annually of Water Balloons... The Defendant Joshua Malone Companies and Distributors of Owner of Tinnus, and his Manufacture Addresses and Phone Numbers of a CEO Nick Mowbray of Zura Toy Company of Hong Kong Headquarter Office of Unit 120-04,12/F Energy Plaza,92 Granville Road, Tsim sha tsul East, Kowloon, Hong Kong (64- 424-277-1274). Zura In the United States is of 2121 E. Maple Ave El Segundo,CA. 90245-5011 (424-277-1274),

5. The Defendant Ajit Khubani, Patent Numbers U.S. Pat. No. US29/546,337 and US29/548,648, The Defendant Ajit Khubani Annual and Company Annual of The U.S. Wholesale Suppliers Sell up to 1.6 Billion Dollars Annually of Water Balloons, The Defendant Ajit Khubani Company and Distributor Address and Phone Number of The Defendant Ajit Khubani of CEO Founder of Telebrands 1 Telebrand Plaza Fiarfield, NJ 070004 (973-227-8777),

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?

☑ Yes
☐ No

If yes, give the following information:

Court: 67th Judicial District

Case No.: C24G0651

Judge: William H. Crawford

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)

☐ Yes
☐ No

If yes, give the following information:

Court: __________

Case No.: __________

Judge: __________

Notes :

# Exhibit 1

This is Defendants Stole The Plaintiff Invention of Robbery of Extortion of a Filed Claim of a Patent on The Beginning dates of 07//10/2007-09/08/2010-09/22/2014--08/21/2015-11/20/2015, of a Continue of dates of 08/22/2023 and 06/14/2024) of Corruption of Organization of Corporation of a Link Connection of a Receive of Valuable Information of a Detail Function of The Plaintiff Invention of a Meet with Review Panel of Evaluation of The Plaintiff Invention of a Date and Year Form of a Confidentiality Agreement of Signatures of Organization of Corporation of a Connection to The Defendants of a Connection Involvement with The Plaintiff of using The Plaintiff of Robbery of Extortion of a Stolen Invention.

Inventors COUNCIL OF MID-MICHIGAN

*SIMPLY SAID: Each of the undersigned agrees with each of the other persons signing this document to HOLD CONFIDENTIAL any and all innovation discussion, invention discussion, or workshop activity that is held during today's Review Panel meeting, and agrees to not disclose such information without the written consent of the originators.*

# Invention Review Panel Confidentiality Agreement

THIS AGREEMENT IS ENTERED INTO effective this day and date by the undersigned "Originator/Inventor" and "Recipient." The "Originator/Inventor" is the named inventor of the Invention entitled: Water Balloon Toy Set Kit With tie a Knot

WHEREAS, Originator possesses confidential information it regards as a trade secret that constitutes a valuable commercial asset, such confidential information being an invention defined by the contents of a mechanical drawing, verbal, and/or written description ("Proprietary Materials").

WHEREAS, Recipient is willing, subject to the terms and conditions hereof, to receive the above information solely for the exclusive purpose stated herein.

NOW, THEREFORE, the parties hereto agree as follows:

1. Originator agrees to disclose at least a part of the Proprietary Materials whether orally, visually, or in any other form of communication to Recipient, solely for the purposes stated herein.

2. Recipient acknowledges that these Proprietary Materials contain valuable information of Originator, constitute a trade secret of Originator, and loss or outside disclosure of these materials or the information contained within these materials will harm Originator economically.

3. Recipient acknowledges that these Proprietary Materials are furnished to Recipient under the following conditions:

(a.) These Proprietary Materials and the information they contain shall be used by Recipient solely to provide commentary feedback and/or alternate thoughts on the confidential information. Recipient agrees not to use the confidential information for any other purpose, inclusive of the filing of patent applications and the registration of trademarks and copyrights in this or any other Country.

(b.) Recipient agrees not to disclose these Proprietary Materials or the information they contain except to any persons within Recipient's organization having a good faith "need to know" such information for the purposes of fulfilling the terms of this Agreement. Recipient may make additional copies of this Agreement and have each such person sign a copy of this Agreement and furnish such copy or copies to Originator. The nondisclosure requirement shall be for the maximum period of time as is permitted under law from the date of execution of this Agreement.

(c.) Recipient and all persons within Recipient's organization shall exercise a high degree of care to safeguard these Proprietary Materials and the information they contain from access or disclosure to all unauthorized persons.

(d.) Recipient shall not make any copies of these Proprietary Materials except upon written permission of Originator and Recipient, and Recipient shall return all Proprietary Materials (including any copies made) to Originator at any time upon request by Originator.

4. These terms shall not apply to any information which is:

(a.) Generally available to the public at the time of disclosure;

(b.) Published or generally made public through no fault of Recipient after disclosure;

(c.) Recipient can show by prior written records that it was in possession of the confidential information before the date of disclosure;

(d.) Disclosed to Recipient by the third party who had a right to disclose the confidential information;

(e.) Recipient can show by written records that it independently developed the information wholly independent of the disclosure here under.

5. Recipient further agrees to treat the Proprietary Materials as a trade secret and will not utilize, implement, or in any way make use of the Proprietary Materials without the prior written consent of Originator in advance of any utilization, implementation, or use.

6. Nothing in this Agreement will be deemed by implication or otherwise to convey to either party to this Agreement any rights under any patents, patent application, trademarks, copyrights, or trade secrets. Nor will this Agreement be deemed to provide a commitment of any kind by either party to this Agreement to further any other agreement with the other party.

7. This Agreement will be interpreted under the laws of the State of Michigan.

The parties have executed this Agreement on the date below indicated, thereby executing this Agreement.

**For the Originator/Inventor:**

| Signature | DATE | CLEARLY PRINT NAME, ADDRESS, CITY, ZIP |
|---|---|---|
| Connie Watson | 3-8-07 | Connie Watson 1910 W. Pierson Rd. Flint Mi. 48504 |
| | | |

**For the Recipient – ICmm Invention Review Panel:**

| Signature | DATE | CLEARLY PRINT NAME, ADDRESS, CITY, ZIP |
|---|---|---|
| E Richard Frome | 3/8/07 | E Richard Frome 12085 Mantawauka Fenton |
| James E White | 3/8/07 | James E. White 4107 (4107) Breakwater Dr Okemos |
| M. Ball | 3-8-07 | M Ball PO Box 175 Metamora |
| [signature] | | P.O. Box 310639 Flint, Mi 48531-0639 |

This is Advertisement of News Letter of a Date Zone of 2007 of a link Connection of Corruption of Organization of Corporation to The Defendants of Organization of a Corporation of a Connection Involvement with The Plaintiff of Extortion of <u>Robbery of a Continuous of a Connection Involvement with The Plaintiff of a Stolen Invention of a Present Year of Date 2026.</u>

VOLUME ELEVEN **MEETING THURSDAY, APRIL 12, 2007, 7:00 P.M.** NUMBER FOUR

# April 12, Q&A Panel

At this monthly meeting on Thursday, April 12, we'll present a unique Panel Discussion involving members answering questions from members. The meeting will be moderated by Vice President Bill Thomas.

The night before, write out a complete list of questions you'd like answered and bring them with you. After you sign in, drop your list of questions into the box next to the Sign In sheet. We'll discuss each one. Or, shoot from the lip and ask them during the meeting.

**OUR NEXT MEETING WILL BE HELD AT**

WALLI'S RESTAURANT
1341 SOUTH CENTER ROAD IN BURTON
JUST TWO BLOCKS SOUTH OF I-69
810-743-9600




**WE MEET THE SECOND THURSDAY OF EACH MONTH**

A half dozen ICmm members with a variety of experience in various areas representing marketing, plastics, mechanical engineering, molding, advertising, patent law, etc., will field questions from the audience.

And if the panelist is slightly in error, or simply doesn't know, rest assured someone in the audience will correct or educate him! So far the Panel members and their various fields of experience will be:

• Mike Ball – Marketing and Promotion. • Ron Riley – Electrical, the Politics of Patents and more. • Jack Tubbs – Patent Law and Intellectual Property issues. • Bill Thomas – Mechanical Engineering and more. • Don Wildfong – Plastics and Molding. • Bill Brabenec – Advertising and Graphics.

That's quite a cross section of insight available to our struggling inventors, just for the asking, and it doesn't even count the massive body of knowledge that will be accessible from our audience.

Bring your list of questions and a writing machine!

# April 21, InventorExp07

The Inventors Council is once again sponsoring an InventorExp07 at Flint's Mott College on Saturday, April 21, 2007 from 10 a.m. to 4 p.m. Visitors will have six hours to browse among the many exhibits and admission is free!

Everyone is welcome to just come and talk to people. Networking is where inventors are likely to get the greatest benefit. The odds of finding someone – other than a scam – that "will do it all" for you are very, very small. Successful inventors do almost all of their own hard work!

So far, exhibitors include patent attorneys, machine shops, inventor clubs including Inventors Assn. of Metropolitan Detroit, plastics molders, engineers, book sellers, prototype shops, individual inventors, and much more. The Expo will be in the atrium of the Regional Technology Center, also known as M-TEC.




Exhibitor tables are $15 each, paid at the door. Set up is 9 to 10 a.m.; tear down is 4 to 5 p.m. Contact Don Wildfong, 810-654-0891, e-mail dwildfong@earthlink.net or John Florida at 810-767-9360, e-mail create@intouchmi.com to reserve a table. ICmm reserves the right to exclude any prospective exhibitor.

DIRECTIONS

**FROM I-475** – Whether coming from I-75 or I-69 in any direction, drive to I-475 exit 8-A, which is the Robert T. Longway Boulevard. Then drive East about a mile on Longway to the second traffic light which is Albert Herrigan Drive and turn right (South). Look for Mott's sign at the light. Turn left at the third driveway, when about a block into Mott's campus, and park. Enter the "Dale Kildee - William White" building.

**WATCH FOR THE ROADSIDE EXP07 SIGNAGE ON LONGWAY BOULEVARD**

### MARCH MEETING

Over 30 people attended the March meeting, with six first time visitors. President Jim White pointed out that anyone interested in helping out with Council functions is more than welcome.

Don Wildfong spoke of our Exp07 Saturday, April 21 at Mott's M-Tec.

Audience members requested information about: grants; industrial designer for plastic molds; plastic design; turning a provisional into a patent and seeking an electrical engineer.

Speaker was Jack E. Tubbs, Flint Patent attorney, who discussed all phases of pat-

Inventors Council of Mid-Michigan
PO Box 85
Attica, Michigan
48412-0085




Return Service Requested

CONNIE WATSON
1910 W. PIERSON, #164
FLINT, MI 48504

This is Advertisement of News Letter and Business Cards of a link Connection of Corruption of Organization of Corporation ability Connection to The Defendants of Organization of a Corporation of a Connection Involvement with Plaintiff of Extortion of Robbery of a Continuous of a Connection Involvement with The Plaintiff of a Stolen Invention of a Present Year of Date 2026.

# Inventors Council of Mid-Michigan

The Inventors Council is an independent, non-profit 501 C-3 corporation formed to help inventors pursue their dreams of bringing new and innovative products to market. Our goal is to help fellow inventors succeed in the most efficient and least costly manner possible by providing education and business networking.

**Founded by Robert (Bob) Ross in 1995**

PO Box 232, Lennon Michigan 48449

Web Site: INVENTORSCOUNCIL.ORG

We meet monthly at Walli's Restaurant, 1341 South Center Road Burton, Michigan. Just Two blocks south of I-69, Exit 139

VOLUME FOURTEEEN NEXT MEETING THURSDAY, FEBRUARY, 2010, 7:00PM NUMBER TWO

## February Featured Speaker

Starting at 7:00 pm February 11, 2010

Our speaker is Arlin Blum, inventor of the RC Fishing Pole. Arlin's background is in Real Estate. He made a lot of mistakes, but he was able to put his remote control fishing pole on the market.

Come hear about his journey from idea to market which should be very interesting to our inventors. See you all there.

The meeting will begin at 7:00pm in the upper level

## Turning an Invention into a Business

From Idea Buyer LLC

The way most people (and infomercials) portray inventing, it seems like building something is the endgame. Create the widget, the logic goes, and your job is done. All that remains now is sitting back and waiting for fame, fortune and orders to pour in. This extends at least as far back as Henry David Thoreau, who famously declared "build a better mousetrap and the world will beat a path to your door." Indeed, what could be more appealing from an inventor's point of view? Unfortunately, this is not the way it usually works in practice. As marketing guru Perry Marshall countered, "Henry David Thoreau never built any mousetraps, and the world never beat a path to his door." Marshall's point - and our point today - is that inventing is a **business.** Like any other business, money is not made merely by developing a product. To truly cash in, you will need to create **demand** for what you invented and **monetize** that demand in a life-sustaining way. Several ways of doing this are discussed below.

Inventors Council of Mid-Michigan

Meetings held at Walli's Resturant
1341 South Center Road Burton, Michigan (2 blks south of I-69)

7:00pm to 9:00pm the 2nd Thursday of Every Month
Call (810) 245-5599 for more information

Inventors Council is a Non-Profit 501C-3 Corporation

The Inventors Council is an independent, non-profit organization formed to help inventors pursue their dreams of bringing new and innovative products to market. Our goal is to help fellow inventors succeed in the most efficient and least costly manner possible by providing both education and business networking. We are the minnows protecting each other from the sharks.

Inventors Council of Mid-Michigan

OF, ABOUT AND FOR THE PROMOTION AND PROTECTION OF INVENTORS AND THEIR INTELLECTUAL PROPERTIES AND IDEAS

This is Advertisement of The Defendant of Wayne Sikorcin Stole Plaintiff Invention of Robbery of Marketing of a Sell Claim Profit of using Plaintiff of Robbery of Extortion of doing Fraud of a Fraudulent Act of Inventing of a Claim of The Plaintiff Invention of a Continuous of doing of Present Date of Year 2026.




To complement the Tie-Not, the two dad created the Portable Pumping Station ($11.99). It's for those who don't like to stand around the hose – or when you're headed to the park. It's a water pump that holds one gallon of water that can fill about 20 balloons.

## Tie-Not Gadget Fills Water Balloons In 6 Seconds

by 2Paragraphs in Business Spotlight | May 19, 2015
1 min read

Two dads, Wayne Sikorcin and Scott Smith, developed a gadget to easily and quickly fill balloons with water for their kids' water balloon fights. It's call the **Tie-Not**. All you have to do is attach the gadget to a water hose, attach a balloon and fill – it takes just six seconds! There's no need to get your finger stuck in a tight knot, there's a tool on the gadget that knots the balloon for you. The Tie-Not Water Balloon Kit comes with filler, knotting tool and 50 water balloons ($10-$20).

[Shark Tank Quiz – Think You Know Your Sharks?]




Mr. Sikorcin's balloon filling and tying device.

But nothing was working. "I've got to find a way to make this simpler."

Then, the father examined the wooden pieces in a toy bin, recommended by his daughter. These Tinkertoy rods, an invention of Charles Pajeau in the 1910s, inspired the custom notches on which Mr. Sikorcin's invention operated.

His wife, Laura, was involved in its literal "tinkering," as they sunk over $200,000 into the efforts. Mr. Sikorcin finalized the device and filed his second patent in April 2011, which combined filling and tying.

They desired to sell out wholly.




Balloon Filling Set

Tie-Not makes filling water balloons fast and easy

This is Defendant of Wayne Sikorcin Stole Plaintiff Invention of Robbery of Extortion of a Granted United States Patent of a Filed Claim of a Patent On Dates of (09/10/2007 – 12/10/2010 – 04/22/2011) of Corruption of Organization of Corporation of a Link Connection of a Receive of Valuable Information of a Detail Function of Plaintiff Invention of a Meet with Review Panel of Evaluation of Plaintiff Invention of a Date and Year Form of a Confidentiality Agreement of Signatures of Organization of Corporation Connection to Defendant of a Connection Involvement with Plaintiff of using Plaintiff of Robbery of Extortion of a Stolen Invention.



**BALLOON FILLING DEVICE**

**Publication number:** 20120144776

**Abstract:** A balloon filling device is provided. The balloon filling device includes a hose connector extending outwards from a body of the balloon filling device, a hose barb extending outwards from the body along a predominant axis, the hose barb being displaced on the body from the hose connector, a valve within the body having an opened state where the valve forms a conduit between the hose connector and the hose barb and a closed state where the conduit is blocked and a receptacle disposed in the body adjacent the hose barb that receives a balloon tying device.

**Type:** Application

**Filed:** December 10, 2010

**Publication date:** June 14, 2012

**Inventor:** Wayne Sikorcin

**Balloon tying device**

**Patent number:** 7549683

**Abstract:** A balloon tying device is provided. The balloon tying device includes a cylindrical shaft, a slot extending across a marginal end of the cylindrical shaft with a depth of the slot extending along a longitudinal axis of the shaft by a distance at least equal to a diameter of the shaft, a bevel located on a first side of the cylindrical shaft on opposing sides of the slot and extending from a root of the slot towards the marginal end and the shaft having a tapered end, but only on a side of the shaft opposite the bevel, with the taper starting near the root of the slot and ending with a maximum taper on the marginal end and where the taper divided by the slot.

**Type:** Grant

**Filed:** September 10, 2007

**Date of Patent:** June 23, 2009

**Inventor:** Wayne Sikorcin

This is Advertisement of The Defendant Alexis Glenn as a team Partner with Defendant Donna Ramere Stole Plaintiff Invention of Robbery of Marketing of a Sell Claim Profit of using Plaintiff of Robbery of Extortion of doing Fraud of a Fraudulent Act of Invention of a Claim of The Plaintiff Invention of a Continuous of Doing of Present Date of Year 2026.

Aug 5, 2009 — Over the next year **Ramere** helped her granddaughter set up a company to make and sell the Pumponator **Balloon** Pumping Station. She found a ... Read more



FIG. 1

### There's Always More To Do: Ms. Glenn's Abandoned Patent

"Nia, I got a new invention," said Donna Ramere to news reporter Anna Lee of the *Greenville News*, reflecting on Lexi Glenn's invention story.

South Carolina grandmother Donna Ramere and granddaughter Alexis "Lexi" Glenn were new inventors in the space of water balloons. Ms. Glenn, aged eight, came up with the idea in the summer of 2008 after competing with her brother.

Her sibling was cheating, filling water balloons from the sink faucet. Instead, Lexi had problems with the hose and saw a nearby spray bottle. Attaching the water balloon to its nozzle, she filled it with water. The invention idea was born: "I saw a nozzle, a pump, and a button," said Ms. Glenn.

As the fall took hold and the economy crashed, Ms. Ramere was down on her luck as a mortgage loan officer. Her granddaughter reminded her of the invention while The Great Recession unfolded.

They got to work, inventing the Pumponator.

At Toy Fair 2010, a century tradition of gathering toy vendors and inventors who showcase their products in New York, everyone noticed. Pumponator made its first million by selling to accounts.

But the Pumpinator's story contained legal bumps. Their team brought a legal case to Water Sports LLC, which alleged infringement. Then, the patent application, which was pending status, was refiled and then abandoned.

# By Lexi Glenn with her Nia

Art/Photography
**Danielle Lloyd**

Photography
**Kendra Glenn**
**Mike Sexton**


Shop for novelty air/water balloon... on Google Sponsored



| | | | | |
|---|---|---|---|---|
| Pumponator Clear PUMPO... | Pumponator Balloon Pump... | Water Balloon Pump with Bal... | Pumponator Balloon Pump... | Aqualink Pumponator B... |
| **$14.99** | **$19.99** | **$9.99** | **$9.99** | **$19.99** |
| Walmart | S&S Worldwide | Party City | Gadgets and... | Sears |


"designed, developed, and now sells" a **water-balloon** filling device called the "Pumponator." (Compl. ¶¶ 1–2.) **Donna Ramere**, Pumponator Inc.'s sole owner and ...

This is Defendant Alexis Glenn as a team Partner with Defendant Donna Ramere Stole Plaintiff Invention of Robbery of Extortion of a Granted United States Patent of a Filed Claim of a Patent On Dates of (09/08/2010 – 11/29/2011 – 03/24/2014) of Corruption of Organization of a Corporation of a Link Connection of a Receive of Valuable Information of a Detail Function of Plaintiff Invention of a Meet with Review Panel of Evaluation of Plaintiff Invention of a Date and Year Form of a Confidentiality Agreement of Signatures of Organization of Corporation Connection to Defendants of a Connection involvement with Plaintiff of using Plaintiff of Robbery of Extortion of a Stolen Invention.

# Patent History

**Patent number**: D729903

**Type:** Grant

**Filed**: Mar 24, 2014

**Date of Patent**: May 19, 2015

**Inventor**: Donna Alexandra Ramere (Jacksonville, FL)

**Primary Examiner**: Robin V Webster

**Application Number**: 29/485,829

**Portable Balloon Filling Device and Method**

**Publication number:** 20120067453

**Abstract:** A device and method for filling balloons with a fluid comprising a pressurizable container and a filling head. The device pressurizes a container filled with a fluid and releases the fluid through a barbed nozzle that engages a balloon. To use the device, a user engages a balloon on a barbed nozzle attached to the filling head and pumps a pumping mechanism.

**Type:** Application

**Filed:** November 29, 2011

**Publication date:** March 22, 2012

**Inventors:** Donna A. Ramere, Alexis N. Glenn

**Balloon Pumping Station**

**Publication number:** 20110079316

**Abstract:** Currently the only way to fill water balloons on the market is with a device that you attach to a faucet or a water hose. My invention removes the limitation of having to be near either. My inventions allows for the conservation of water. When children are using the hose or the faucet they tend to leave it running, even walking away with it running. My invention allows water balloons to be filled anywhere. The container is housed with a compression pump that allows water that has been put into the container to be forced by pressure into a tube for dispersing through a nozzle tip to the balloon that has been attached to the nozzle. There is no waste of water.

**Type:** Application

**Filed:** September 8, 2010

**Publication date:** April 7, 2011

**Inventor:** Donna A. Ramere

This is Advertisement of The Defendant of Kendall Harter Stole Plaintiff Invention of Robbery of Marketing of a Sell Claim Profit of using Plaintiff of Robbery of Extortion of doing Fraud of a Fraudulent Act of Inventing of a Claim of The Plaintiff Invention of a Continuous of doing of Present Date of Year 2026.

"We created the Snap and Seal technology so that ZORBZ can eliminate the frustration and pain of tying water balloons for kids and parents alike," Mr. Harter told Amy Fickling of *Austin American-Statesman*.

FIG 1.




Kendall Harter's design, the self-sealing balloon patent.

## This water balloon is not child's play

**<strong>The UpTake:</strong> The water toy industry lacked innovation, so Hydro Toys LLC has rushed in to fill the void, with a self-sealing, environmentally friendly water balloon.**



Blue Matrix Labs CEO Kendall Harter: "It was a company agenda to have a high-quality, biodegradable water balloon that was made in the U.S.A."

Venturing into the multibillion dollar water toys industry is not child's play for Austin-based Hydro Toys LLC, which launched a self-sealing water balloon

2/10/26, 4:17 PM Zorbz Pump | Blaster Hub




**Zorbz Self-Sealing Water Balloons**

ZORBZ Self-Sealing Water Balloons

60 Pins · 10y







Zorbz Pump

Published March 9, 2015 at 468 × 630 in Zorbz Pump

Venturing into the multibillion dollar water toys industry is not child's play for Austin-based Hydro Toys LLC, which launched a self-sealing water balloon in May.

This is Defendant of Kendall Harter Stole Plaintiff Invention of Robbery of Extortion of a Granted United States Patent of a Filed Claim of a Patent On Dates of (08/21/2015 – 08/11/2016 – 09/15/2017) of Corruption of Organization of Corporation of a Link Connection of a Receive of Valuable Information of a Detail Function of Plaintiff Invention of a Meet with Review Panel of Evaluation of Plaintiff Invention of a Date and Year Form of a Confidentiality Agreement of Signatures of Organization of Corporation Connection to Defendant of a Connection Involvement with Plaintiff of using Plaintiff of Robbery of Extortion of a Stolen Invention.

**SELF-SEALING BALLOONS AND RELATED COMPONENTS AND METHODS OF MANUFACTURING**

**Publication number:** 20220096945

**Abstract:** Balloons and related components and manufacturing methods. Various embodiments provide balloons which define elastomeric balloon bodies and necks. The balloon bodies define body thicknesses and filled and unfilled internal volumes. Tension in the balloon bodies gives rise to internal pressures ulien the balloons are filled. The necks couple with the bodies and define neck thickness which differ from the body thicknesses. Various embodiments provide check valve for use with the balloons and/or various liquids. These check valves can comprise a ball that further comprises a generally spherical

**Type:** Application

**Filed:** October 7, 2021

**Publication date:** March 31, 2022

**Inventors:** Kendall D. Harter, Jon Y. Yamamoto, A. Scott Goodwin

**Self-sealing balloons and related components and methods of manufacturing**

**Patent number:** 11141671

**Abstract:** Balloons and related components and manufacturing methods. Various embodiments provide balloons which define elastomeric balloon bodies and necks. The balloon bodies define body thicknesses and filled and unfilled internal volumes. Tension in the balloon bodies gives rise to internal pressures when the balloons are filled. The necks couple with the bodies and define neck thickness which differ from the body thicknesses. Various embodiments provide check valve for use with the balloons and/or various liquids. These check valves can comprise a ball that further comprises a generally spherical substrate of fine particles of a biodegradable material and a coating on the substrate. The coating can be made of another biodegradable material. Combined, the coating and the generally spherical substrate form the check valve ball mid possess a density differing from the water density.

**Type:** Grant

**Filed:** September 15, 2017

**Date of Patent:** October 12, 2021

**Assignee:** KBIDC Investments, LLC

**Inventors:** Kendall D. Harter, Jon Y. Yamamoto, A. Scott Goodwin

**REUSABLE BALLOON MULTI-FILL SYSTEM**

**Publication number:** 20170043270

**Abstract:** Reusable balloon multi-fill system. At least some of the illustrative embodiments are balloon multi-fill systems including a hose-end adapter, a plurality of hoses coupled to the hose-end adapter, and a plurality of balloon nipples coupled to the hoses. Each balloon nipple includes: a frustum region distal to the connector; and a tubular region distal to the frustum region, the tubular region configured to hold an attached balloon open such that a sealing member of the balloon can lodge in the neck of the balloon.

**Type:** Application

**Filed:** August 11, 2016

**Publication date:** February 16, 2017

**Applicant:** KBIDC Investments, LLC

**Inventor:** Kendall Harter

**Balloon multi-fill system**

**Patent number:** D772946

**Type:** Grant

**Filed:** August 21, 2015

**Date of Patent:** November 29, 2016

**Assignee:** KBIDC INVESTMENTS, LLC

This is Advertisement of The Defendant of Joshua Malone Stole The Plaintiff Invention of Robbery of Marketing of a Sell Claim Profit of using The Plaintiff of Robbery of Extortion of doing Fraud of a Fraudulent Act of Inventing of a Claim of The Plaintiff Invention of a Continuous of doing of Present Date of Year 2026.

Josh and Alison Malone have eight kids, so the fights can be epic. The only downside: preparing the balloons for battle. Back in 2006, Josh followed the universal method of placing a single deflated balloon on a faucet, filling it with water, and tying it off with a knot. Balloon count: one. He repeated the steps. Balloon count: two. The tedious process drove him nuts. By the time he had a tubful of balloons, his kids had long bailed. "I just knew there had to be a solution," Malone said. "My job was to find it."

Josh Malone quit his corporate job in 2006 to take his shot at the American (Inventor's) Dream.



Josh and Alison Malone launch water balloons at some of their children on the other side of the field.




Mr. Malone invented an o-ring clasping a water balloon on a plastic straw. Then, he realized his "light bulb moment" by multiplying the invention, bunching a group at the end of a garden hose. With a little tug as the balloons filled up, they released all at once.




FIG. 1

Mr. Malone's system and method for filling containers with fluids from 2014.

| | | | | |
|---|---|---|---|---|
| Zuru Bunch O Balloons 400 Rapid... | Bunch O Balloons Tropical Party Wat... | Bunch O Balloons Animal Water... | Zuru Bunch O Balloons (Set | Zuru Bunch O Balloons Fill... |
| $27.46 | $19.97 | $8.99 | $9.99 | $12.99 |
| Sam's Club & more | Walmart & more | Target & more | Meijer & moı | Ace... & more |
| 4.4 (92) | 4.5 (412) | 4.8 (83) | 4.8 | |

This is Defendant of Joshua Malone Stole Plaintiff Invention of Robbery of Extortion of a Granted United States Patent of a Filed Claim of a Patent On Dates of (09/22/2014 – 12/15/2020 – 08/22/2023) of Corruption of Organization of Corporation of a Link Connection of a Receive of Valuable Information of a Detail Function of Plaintiff Invention of a Meet with Review Panel of Evaluation of Plaintiff Invention of a Date and Year Form of a Confidentiality Agreement of Signatures of Organization of Corporation Connection to Defendant of a Connection Involvement with Plaintiff of using Plaintiff of Robbery of Extortion of a Stolen Invention.

Josh Malone quit his corporate job in 2006 to take his shot at the American (Inventor's) Dream. Eight years later, savings depleted and orthodontics and college unfunded, he took one last swing before trudging back to the corporate world. And hit the homerun with Bunch O Balloons. His solution to the 63 year old problem of filling and tying water balloons instantly became the number one selling spring/summer toy. It was just as quickly knocked off resulting in a patent litigation now totaling 6 patents, 5 patent suits, 5 PTAB petitions/trials, 4 preliminary injunctions, and 8 appeals at the Federal Circuit. He is currently a Fellow with US Inventor working to restore the patent system.

ystem and method for filling containers with fluids
**'atent number:** 9051066
**\bstract:** An example embodiment of an apparatus includes a housing with an opening at ι first end and a plurality of holes at a second end, a plurality of hollow tubes attached to he plurality of holes, a plurality of containers removably attached to the hollow tubes, and ι plurality of elastic fasteners, each elastic fastener clamping each container to a corresponding hollow tube, such that when the containers are filled with fluid and detached from the corresponding hollow tubes, each elastic fastener seals each container with the fluid inside.
**Type:** Grant
**Filed:** September 22, 2014
**Date of Patent:** June 9, 2015
**Assignee:** TINNUS ENTERPRISES, LLC
**Inventor:** Joshua Malone

System and method for filling containers with fluids
**Patent number:** 11465786
**Abstract:** In a method embodiment, an example method for simultaneously filling balloons with water, using an apparatus sufficiently compact to be operated while being held by hand, is disclosed. The method includes attaching the apparatus to a water supply. The apparatus includes a fitting comprising an inlet configured to connect to the water supply and a bulkhead joining the at least three branch assemblies. Each branch assembly includes a tube and an automatically-sealing balloon with a neck disposed around and removably attached to the tube. The method further includes simultaneously providing water from the attached water supply to each balloon of the balloon-filling apparatus. The method further includes detaching one or more of the balloons from the balloon-filling apparatus using a force comprising gravity each detached balloon and the water contained therein. Each detached balloon automatically seals upon detachment.
**Type:** Grant
**Filed:** December 15, 2020
**Date of Patent:** October 11, 2022
**Assignee:** Tinnus Enterprises, LLC
**Inventor:** Joshua Malone

SYSTEM AND METHOD FOR FILLING CONTAINERS WITH FLUIDS
**Publication number:** 20230391480
**Abstract:** In a method embodiment, an example method for simultaneously filling balloons with water, using an apparatus sufficiently compact to be operated while being held by hand, is disclosed. The method includes attaching the apparatus to a water supply. The method further includes simultaneously providing water from the attached water supply to a plurality of balloons removably attached to the apparatus, such that each balloon contains water. The method further includes simultaneously detaching from the apparatus the plurality of balloons, with each balloon having water from the water supply provided therein and each balloon automatically sealing upon detachment.
**Type:** Application
**Filed:** August 22, 2023
**Publication date:** December 7, 2023
**Applicant:** Tinnus Enterprises, LLC
**Inventor:** Joshua Malone

This is Advertisement of The Defendant of Ajit Khubani Stole The Plaintiff Invention of Robbery of Marketing of a Sell Claim Profit of using The Plaintiff of Robbery of Extortion of doing Fraud of a Fraudulent Act of Inventing of a Claim of The Plaintiff Invention of a Continuous of doing of Present Date of Year 2026.




## Telebrands Balloon Bonanza as Seen on TV




Inventor: Ajit Khubani, Paul Dowd, Ryan Kelly

Current Assignee : Telebrands Corp

Worldwide applications

2017 US ~~US~~

Application US15/407,985 events

| | |
|---|---|
| 2017-01-17 | Application filed by Telebrands Corp |
| 2017-01-17 | Priority to US15/407,985 |
| 2017-05-04 | Publication of US20170121040A1 |
| 2017-10-03 | Publication of US9776744B2 |
| 2017-10-03 | Application granted |
| Status | Active · Reinstated |
| 2035-12-22 | Anticipated expiration |

## Product Review

You will get the total of 120 units of Balloons. Super duper fast and easy! Ready for the most exciting thing to happen to water balloon fights? Introducing Balloon Bonanza! Say good bye to spilling water and spending hours trying to tie knots. Balloon Bonanza is not reusable but are conveniently priced so you can keep the water balloon battles going again and

This is Defendant of Ajit Khubani Stole Plaintiff Invention of Robbery of Extortion of a Granted United States Patent of a Filed Claim of a Patent On Dates of (11/20/2015 – 01/17/2017 – 06/14/2024) of Corruption of Organization of Corporation of a Link Connection of a Receive of Valuable Information of a Detail Function of Plaintiff Invention of a Meet with Review Panel of Evaluation of Plaintiff Invention of a Date and Year Form of a Confidentiality Agreement of Signatures of Organization of Corporation Connection to Defendant of a Connection Involvement with Plaintiff of using Plaintiff of Robbery of Extortion of a Stolen Invention.

## Device for filling multiple water balloons

Aug 1, 2017 — **Filed**: Nov 20, 2015. Date of **Patent**: Aug 1, 2017. Assignee: Telebrands Corp. (Fairfield, NJ) Inventors: **Ajit Khubani** (Saddle River, NJ), Cara ... Read more

## Case 6:16-cv-00033 Document 1 Filed 01/26/16 Page 1 of 10 ...

would allow someone to fill as many as 100 **water balloons** ... **Ajit Khubani** is the CEO and founder of Telebrands. ... The Balloon Bonanza HD products infringe claim ...

**System, device, and method for filling at least one balloon**
**Patent number:** 10279936
**Abstract:** An apparatus for filling a plurality of containers with a fluid. The apparatus including a connector having a coupling mechanism proximate to a first end of the connector, the coupling mechanism being configured to removably couple the apparatus to a fluid source, a plurality of conduits coupled to the connector, each of the plurality of conduits having a distal end, and a plurality of containers, each container coupled proximate to the distal end of a corresponding conduit via a corresponding coupling element. The connector and conduits being configured such that each distal end of the plurality of conduits is located at a respective distance from the first end of the connector, all the respective distances associated with each of the distal ends being different.
**Type:** Grant
**Filed:** February 22, 2016
**Date of Patent:** May 7, 2019
**Assignee:** Telebrands Corp.
**Inventors:** Ajit Khubani, Cara Leonard

**Nozzle**
**Patent number:** D1032783
**Type:** Grant
**Filed:** November 10, 2021
**Date of Patent:** June 25, 2024
**Assignee:** Telebrands Corp.
**Inventors:** Ajit Khubani, Mohan Rajasekaran

**Nozzle**
**Patent number:** D1041617
**Type:** Grant
**Filed:** June 14, 2024
**Date of Patent:** September 10, 2024
**Assignee:** Telebrands Corp.
**Inventors:** Ajit Khubani, Mohan Rajasekaran

This is The Defendants Stolen Plaintiff Invention of Robbery of Marketing of Extortion of a Link Connection of Company of Owners of Wayne Sikorcin, Donna Ramere, Alexis Glenn, Kendall Harter, Joshus Malone, Ajit Khubani, done by Defendants of a Team of Individual Marketing of a Sell Claim of a Profit Gain Schemes of Theft of a Filed Claim of a Patent of a Granted United States Patent of Robbery of Extortion of a Fraudulent Act of Inventing of a Link Connection of a Receive of Valuable Information of a Detail Function of Plaintiff Invention of a Meet with Review Panel of Evaluation of The Plaintiff Invention of a Date and Year Form a of a Confidentiality Agreement of Signature of Organization of Corporation Connection to The Defendants of a Connection Involvement with The Plaintiff of Using Plaintiff of Robbery of Extortion of a Stolen Invention of Stealing from The Plaintiff of a Continuous of doing of Present of Year 2026 The Plaintiff Invention of Robbery of Marketing of a Sell Claim of a Profit of using Plaintiff of Robbery of Extortion of doing Fraud of a Fraudulent Act of Inventing of a Claim of The Plaintiff Invention of a Continuous of doing of Present Year of Date 2026.

**Balloon tying device**
**Patent number:** 7549683
**Abstract:** A balloon tying device is provided. The balloon tying device includes a cylindrical shaft, a slot extending across a marginal end of the cylindrical shaft with a depth of the slot extending along a longitudinal axis of the shaft by a distance at least equal to a diameter of the shaft, a bevel located on a first side of the cylindrical shaft on opposing sides of the slot and extending from a root of the slot towards the marginal end and the shaft having a tapered end, but only on a side of the shaft opposite the bevel, with the taper starting near the root of the slot and ending with a maximum taper on the marginal end and where the taper divided by the slot.
**Type:** Grant
**Filed:** September 10, 2007
**Date of Patent:** June 23, 2009
**Inventor:** Wayne Sikorcin

**Portable Balloon Filling Device and Method**
**Publication number:** 20120067453
**Abstract:** A device and method for filling balloons with a fluid comprising a pressurizable container and a filling head. The device pressurizes a container filled with a fluid and releases the fluid through a barbed nozzle that engages a balloon. To use the device, a user engages a balloon on a barbed nozzle attached to the filling head and pumps a pumping mechanism.
**Type:** Application
**Filed:** November 29, 2011
**Publication date:** March 22, 2012
**Inventors:** Donna A. Ramere, Alexis N. Glenn

**Balloon multi-fill system**
**Patent number:** D772946
**Type:** Grant
**Filed:** August 21, 2015
**Date of Patent:** November 29, 2016
**Assignee:** KBIDC INVESTMENTS, LLC
**Inventor:** Kendall D. Harter

**System and method for filling containers with fluids**
**Patent number:** 9051066
**Type:** Grant
**Filed:** September 22, 2014
**Date of Patent:** June 9, 2015
**Assignee:** TINNUS ENTERPRISES, LLC
**Inventor:** Joshua Malone

Inventor: Ajit Khubani, Paul Dowd, Ryan Kelly
Current Assignee : Telebrands Corp

Worldwide applications
2017 US US

Application US15/407,985 events

| | |
|---|---|
| 2017-01-17 | Application filed by Telebrands Corp |
| 2017-01-17 | Priority to US15/407,985 |
| 2017-05-04 | Publication of US20170121040A1 |
| 2017-10-03 | Publication of US9776744B2 |
| 2017-10-03 | Application granted |
| Status | Active - Reinstated |
| 2035-12-22 | Anticipated expiration |

Abstract

An apparatus for filling a plurality of containers with a fluid. The apparatus including a connector configured to removably couple the apparatus to a fluid source, a flow path providing fluid communication between the fluid source and a plurality of containers coupled to the apparatus, a sealing element disposed within each of the plurality of containers, the sealing element configured to couple the container to the apparatus and automatically seal the container when the container is decoupled from the apparatus, and a retaining member affixed to each of the plurality of containers to position the sealing element in a neck of each of the plurality of containers.

This is Environmental Industry Report of Each year of Traditional Water Balloon of Sale of Marketing The Defendants of Wayne Sikorcin, Donna Ramere, Alexis Glenn, Kendall Harter Joshus Malone Ajit Khubani, Stole The Plaintiff Invention of Robbery of Marketing of a Sell Claim of a Profit of using Plaintiff of Robbery of Extortion of doing Fraud of a Fraudulent Act of Inventing of a Claim of The Plaintiff Invention Continuous of doing of Present Year of Date 2026.

Traditional water balloons are estimated to contribute to the sale of roughly **1.6 billion balloons** each year in the U.S. according to various environmental and industry reports.

Key facts regarding this figure and the water balloon market for 2026:

- **Waste and Environmental Impact**: Traditional latex and plastic balloons often become pollution within seconds of use. Environmental advocates highlight that these 1.6 billion balloons generate significant litter that takes decades to break down and can harm wildlife.
- **Market Dominance**: The water balloon market is heavily influenced by rapid-fill innovations. By 2021, the leading brand **Bunch O Balloons** had sold over 50 million units, totaling approximately **5 billion water balloons** globally.
- **Growing Alternatives**: In response to the high volume of single-use waste, the market for **reusable magnetic silicone water balloons** is expanding rapidly. These are now widely available at major retailers like Amazon, Walmart, and Target.
- **Broad Market Context**: The total global party balloon market, which includes water balloons, is projected to reach approximately **$4.65 billion by 2030**.

This is The Plaintiff Invention Stolen of Robbery of Extortion of Devices of Filling Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons of Making Water Balloons of a Toy Set Kit of Making Water Balloons, Beginning Date of Development of 2005 to Present Date of 2026.

US 20180272242A1

(19) **United States**
(12) **Patent Application Publication**
**Watson**

(10) **Pub. No.: US 2018/0272242 A1**
(43) **Pub. Date: Sep. 27, 2018**

(54) **TOY SET KIT WITH CONCOCTIONS AND PLASTIC GAME MATS**

(71) Applicant: **Connie Denice Watson**, (US)

(72) Inventor: **Connie Denice Watson**, (US)

(73) Assignee: **Connie Watson**

(21) Appl. No.: **15/530,934**

(22) Filed: **Mar. 27, 2017**

**Publication Classification**

(51) **Int. Cl.**

| | |
|---|---|
| ***A63H 27/10*** | (2006.01) |
| ***A63H 3/06*** | (2006.01) |
| ***A63H 3/52*** | (2006.01) |

(52) **U.S. Cl.**
CPC .............. ***A63H 27/10*** (2013.01); ***A63H 3/06*** (2013.01); *A63H 2027/105* (2013.01); *A63H 2027/1033* (2013.01); ***A63H 3/52*** (2013.01)

(57) **ABSTRACT**

My invention has been involved in a Ponzi Scheme of marketing of my invention justice is seek upon this act my invention is a water balloon toy set kit of unique assemblies of tool devices of a convenient way of tying a water balloon knot, device nozzles of inflating balloons or balloon with water in a convenient way of a kitchen sink faucet and of a garden hosier with a self sealing of balloon or balloons of water inflation, with a capsule of insert of a balloon of self sealing of a water balloon of water inflation, with a container of a conservative way of conserving water of a water waste eliminating the use of kitchen sink faucet and garden hosier of a water waste error of a water over flow conduction of use, and a unique way of a traveling toy container to parks and beaches,



This is The Plaintiff Invention Stolen of Robbery of Extortion of Devices of Filling Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons of Making Water Balloons of a Toy Set Kit of Making Water Balloons, Beginning Date of Development of 2005 to Present Date of 2026.

FIG. 8




FIG. 59




FIG. 45




FIG. 41



This is The Plaintiff Invention Stolen of Robbery of Extortion of Devices of Filling Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons of Making Water Balloons of a Toy Set Kit of Making Water Balloons, Beginning Date of Development of 2005 to Present Date of 2026.



This is The Plaintiff Invention Stolen of Robbery of Extortion of Devices of Filling Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons of Making Water Balloons of a Toy Set Kit of Making Water Balloons, Beginning Date of Development of 2005 to Present Date of 2026.



This is The Plaintiff Invention Stolen of Robbery of Extortion of Devices of Filling Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons of Making Water Balloons of a Toy Set Kit of Making Water Balloons, Beginning Date of Development of 2005 to Present Date of 2026.

**FIG. 41**





The beginning Stages of Development of my invention of a Homemade Prototype of 2005 to Present Date of Year of a continuous Development of my invention. My invention resolve the difficult problem of putting water inside a balloon or balloons and assist a child of tying knot of a water balloon and assist with a self sealing of multiple water balloons. Patent Number 15/530,934 (e.g.,/Ms. Connie D. Watson,/).


















45

The beginning Stages of Development of my invention of a Homemade Prototype of 2005 to Present Date of Year of a continuous Development of my invention. My invention resolve the difficult problem of putting water inside a balloon or balloons and assist a child of tying knot of a water balloon and assist with a self sealing of multiple water balloons. Patent Number 15/530,934 (e.g.,/Ms. Connie D. Watson,/).

45

45







11/2006




11/2006

The beginning Stages of Development of My Invention of a Homemade Prototype of 2005 to Present Date of Year of a Continuous Development of My Invention. My Invention Resolve the Difficult Problem of Putting Water Inside a Balloon or Balloons and Assist a Child of Tying a Knot of a Water Balloon and Assist a Child with Tying a Knot of a Self Sealing Knot of Multiple Water Balloons, Patent Number 15/530,934 (e.g.,/Ms. Connie D. Watson,/).

11/2006



11/2006



11/2006



11/2006



11/2006



11/2006

# Exhibit 2

This is a Police Report of The Defendants of Organization of a Corporation Stolen Plaintiff Invention of doing Schemes of Theft of Robbery of Extortion of doing Fraud of a Criminal Act of a Connection Involvement with Plaintiff of using The Plaintiff of Stealing The Plaintiff Invention of a Claim of the Plaintiff Invention of a Patent, Date 12/04/2023

**GCSO - GENESEE COUNTY SHERIFFS OFFICE**
**Case Report**

Case No. 2312505013
Case Status Unfounded
Report Date/Time: 12/4/2023 9:30:00 AM
Reporting Officer: Sordyl, Shawn

**FILE CLASS/OFFENSE:**
99009 - Miscellaneous - Non-Criminal

**NATURE OF INCIDENT:**
9954 / Info / Watson / Sordyl / 416

**OCCURRED ON:** 12/4/2023 9:30:00 AM
**(and Between)**

**VENUE:** 2101 Suncrest Flint, MI 48504
**CITY/TOWNSHIP:** 07 - Flint Twp, Genesee

**VICTIM:** Watson, Connie Denice

VICTIM OF: 9954 - 99009 - Miscellaneous - Non-Criminal
VICTIM TYPE: Individual

| | | |
|---|---|---|
| | DOB: 7/21/1961 | AGE: 62 |
| RACE: Black or African American | SEX: Female | JUV: N - No |
| HGT: 5' 11" | WGT: 160 | HAIR: Black |
| EYES: Brown | ETH: U - Unknown | Circumstances: |
| | DLN: | DL State: |

ADDRESS INFORMATION:

H - Home:2101 Suncrest Flint, MI Genesee US - UNITED STATES 12/6/2023

Phone Information: Emails:

H - Home:(810) 875-0347 12/6/2023

NOTES:

This is a Police Report of The Defendants of Organization of a Corporation Stolen Plaintiff Invention of doing Schemes of Theft of Robbery of Extortion of doing Fraud of a Criminal Act of a Connection Involvement with Plaintiff of using The Plaintiff of Stealing The Plaintiff Invention of a Claim of the Plaintiff Invention of a Patent, Date 12/04/2023

**GCSO - GENESEE COUNTY SHERIFFS OFFICE**
**Case Report**

Case No. 2312505013
Report Date/Time: 12/4/2023 9:30:00 AM
Reporting Officer: Sordyl, Shawn

**NARRATIVE:**
Sordyl, Shawn - 691
12/4/2023 9:30:00 AM
On 12/4/23 Sergeant Sordyl from the Office of Genesee County Sheriff, received a phone call from Connie Watson, in regards to a larceny that occurred many years ago.

Sgt. Sordyl spoke with Watson regarding her claim that a group of investors from Mid Michigan inventors stole her idea, and patented it prior to her being able to. Watson claims a water balloon idea was hers when she went to this group, for help. This incident took place in 2006. Sergeant Sordyl explained to her this was a civil matter, and she needed to speak with a patent attorney. Watson stated she has had run in's with some of this group, while others have died. Watson said she would mail in some documentation for her case. Watson said she had contacted an attorney and they wouldn't look at her information without a police report. Sergeant Sordyl agreed to give her a complaint number on her civil matter.

Respectfully Submitted.

Sergeant Shawn Sordyl

Badge # 691

This is a Police Report of The Defendants of Organization of a Corporation Stolen Plaintiff Invention of doing Schemes of Theft of Robbery of Extortion of doing Fraud of a Criminal Act of a Connection Involvement with Plaintiff of using The Plaintiff of Stealing The Plaintiff Invention of a Claim of the Plaintiff Invention of a Patent, Date 12/04/2023

Connie Watson
2101 Suncrest Dr.
State of Flint Michigan 48504

December 5, 2023

Dear Sergeant Soredy

My name is Connie Watson we talk on the phone about a scammer that I wanted investigated. I am giving you more insight on what we talk about of a reporting of a team of scammers lead by Martin Sovis. Martin do business with his club of a leadership of a team scammers at his home in Flushing, Mi. he use his compute and phone to connect Martin scam of leadership connect to multiple County of Michigan and of multiple States of the Unite States. Martin Sovis address is 5279 Duffield Rd. in Flushing, Mi. 48433. Martin has lie to me and Prosecutor Attorney Paul Walton and Sgt. Stacy Stimson of Lapeer Township of Lapeer Michigan of a date of encounter and of subject issue of a matter. Martin Sovis has did a trick Scheme of tricking the Prosecutor Attorney Paul Walton of their scam of a non acknowledgement of a connection with Joshua Malone he is a part of their scam of a team of scammers of a patent of identity thief with USPTO. I was rape of information by presentation of honest and trust by Unite State Post Service of mail of his newsletters sent to my home address and Television New Station, School University, and Community College, and Libraries. They rape me of information and on purpose gave information for a patent to be done of a cover up scheme of their scam. This rape of information was their scam of a team. They cripple me of a patent of my invention of a toy set kit that makes water balloons. I need a full investigation of a connection of their scam to submit to the USPTO to clear my patent of their scam.

I did not give information willing I was rape and cripple of a patent by presentation of his club of leadership as a founder. Please I need a full investigation to be done it is very important. I need this investigation done for me to be a legal business person of my invention of a product of a sale on the market. I need the information of investigation of acknowledgement of their scam to submit to the USPTO to clear my patent of their scam. My evidence of their scam is my patent number of 15/530,934. of a connection with my invention of the toy set kit of making water balloons and of them marketing my invention of a sale.

These are the list names of his leadership of his scam and representatives of his scam Donna Ramere, Alexis Glenn, Wayne Sikorcin - Son of Tony Sikorcin. Joshua Malone, Kendall Harter, Chong Seong Gan, AJ Khubani, John Davidak - Brother of Stephen Davidek he is a resident of Hong Kong. Thomas Crampton, Douglas Prehoda, Harry Blecker, Jame E. White, Stenphen Key, Ronald Kiponen, Michael Ball, Mary Kordyban, Michael Wiley, Douglas Mc Evoy.

Sincerely,

Connie Watson

59

810-875-0347

This is a Police Report of The Defendants of Organization of a Corporation Stolen Plaintiff Invention of doing Schemes of Theft of Robbery of Extortion of doing Fraud of a Criminal Act of a Connection Involvement with Plaintiff of using The Plaintiff of Stealing The Plaintiff Invention of a Claim of the Plaintiff Invention of a Patent, Date 12/04/2023

January 12, 2024

Connie Watson
2101 Suncrest Dr.
Flint, Mi. 48504

I am identifying 10 request upon reporting a scam of case matter of acknowledgement. When it become available it is very important of acknowledgement for me to be a legal business person of my invention of the toy set kit of making water balloon and to stop a team of scammers of their scam of a scheme.

Request one is [What is the main subject topic of the report.]

Request two is [ What action was done upon main subject topic of the report.]

Request three is [ Does main subject topic of the report have guilt.]

Request four is [ How many people of a leadership of a team was involved.]

Request five is [What was the names of the people and the relationship of the people involved.]

Request six is [ Who coach the staged act of inventing of doing a patent of a filing.]

Request Seven is [Who did the staged fraud act of inventing with the USPTO of a patent.]

Request eight is [What was the value of guilt or the value currency of guilt.]

Request nine is [Was the scam of scheming of a staged act of fraud of a patent of inventing reported to the USPTO.]

Request ten is [What was the date of a report of fraud of staging the act of inventing of a patent giving to the USPTO.]

Sincerely,

Connie Watson



Connie Watson

Target Information Management, Inc.
Approved, SCAO

Original - Court file
1st copy - Assignment Clerk/Extra
2nd copy- Friend of the Court/Extra
3rd copy - Opposing party
4th copy - Moving party

| STATE OF MICHIGAN<br>JUDICIAL CIRCUIT<br>JUDICIAL DISTRICT<br>COUNTY | ORDER | CASE NO.<br>C24G-0651 |
|---|---|---|

Court address

Court telephone no.

| Plaintiff name(s), address(es), and telephone no(s). | v | Defendant name(s), address(es), and telephone no(s). |
|---|---|---|
| Connie Watson | | Martin Sovis<br>James White<br>Donna Ramere<br>Wayne Sikorcin |
| Plaintiff's attorney, bar no., address, and telephone no. | | Defendant's attorney, bar no., address, and telephone no.<br>Kendra Glenn<br>Alexis Glenn<br>AJ Khubani, Inc<br>Joshua Malone Co.<br>Kendall Harter Co |

1. Motion title: Motion to Dismiss
2. Moving party: Defendant Sikorcin
3. This motion was heard by the Honorable Wm. H. Crawford II on 6-10-24 (Date).

☐ 4. For the reasons stated on the record,

**THE COURT ORDERS** that the above-named motion is
☑ granted.
☐ granted in part, denied in part.
~~☒ denied.~~

☑ The court further orders

Case dismissed with prejudice. Federal Courts have exclusive jurisdiction over Patent & Trademark infringement cases

Date: 6-10-24

Judge: [signature]

Bar no. P31720



52

<u>Index</u>: Investigation History of The Plaintiff Acknowledgement of The Defendants Stole The Plaintiff Invention of Schemes of Theft of Corruption of Organization of a Corporation of Robbery of Extortion of a Criminal Act of a Crime of using The Plaintiff of Robbery of Extortion of a Receive of Valuable Information of a Detail Function of The Plaintiff Invention of Doing Fraud of a Claim of The Plaintiff Invention, The Plaintiff Claim Damages of Punitive Damages of Relief

1. The Defendants of Leader of Organization of a Corporation Stole of Robbery of Extortion of a Claim of The Plaintiff Invention of Negligently Filed Claim of Patents of a Scheme of Theft Done of Fraud of a Claim of Plaintiff Invention of a Granted United States Patent On Dates of (09/10/2007)-(12/10/2010)-(04/22/2011) did by The Defendant of Wayne Sikorcin and did by The Next Defendants of Donna Ramere, Alexis Glenn of Team Partner with Defendant Donna Ramere on Dates of (09/08/2010)-(11/29/2011)-(03/24/2014) and did by The Next Defendant of Kendall Harter on Dates of (08/21/2015)-(08/11/2016)-(11/15/2017) and did byThe Next Defendant of Joshua Malone on Dates of (09/22/2014)-(12/15/2020)-(08/22/2023) and did by The Next Defendant of Ajit Khubani on Dates of (11/20/2015)- (01/17/2017)-(06/14/2024)The Defendants using Organization of a Corporation of Robbery of Extortion of a Claim of The Plaintiff Invention of Fraud The Defendants Staged the Act of a Fraudulent Act of Inventing of Filing Patents of Designs of a Criminal Act of Scammers of a Receive of Valuable Information of Detail Function of The Plaintiff Invention of a Connection Involvement of using The Plaintiff of Robbery of Extortion of The Plaintiff Invention of Evaluation of The Plaintiff Meeting with Review Panel of Evaluators of The Plaintiff Invention of a Detail Function of The Plaintiff Invention of Devices of Filling Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons Defendants also used Organization of a Corporation of a Connection of using Inventors Council of Mid-Michigan of a Review Panel of Evaluators their Advisement of a Connection involvement with The Plaintiff of The Plaintiff Evaluation of The Plaintiff Invention of Robbery of Extortion of Advisement of their Presentation of Honest and Trust of the Postal Service of a Mailing of Newsletters sent to The Plaintiff Home Address of 1910 W. Pierson Rd. of Flint, Mi. and a Connection of their Advisement of Local News Station of ABC News of Channel-12News and their Advisement with News Reporters and of their Advisement with The Plaintiff Local libraries, and with Representative Speakers of Speaking at their club meeting of Promotion of Activity Support of their club of Thomas Crampton Dean of Mott Community College (810 287-2188, Douglas Prehoda Engineer of Mott Community College 810-232-4993, Harry Blecker Kettering University Business Consultant 810-262-9660, Stephen Key Speaker 209-480-8603, Ronald Kilponen Club Member Patent Attorney 248-344-7132, Mary Kordyban Club Member Librarian 313-481-1300, Randy Conat News Reporter of News Station ABC 810-233-3130, Douglas Mc Evoy Patent Attorney 248-647-6000, Jack Tubb Patent Attorney 810-687-8900, The Plaintiff Knows the Truth within one year of The Evaluation of The Plaintiff Invention, The Defendant Wayne Sikorcin was the first Defendant to Negligently Filed a Claim of Patents against The Plaintiff Invention on Dates above, The next Defendants to Negligently filed a Claim of Patents against The Plaintiff Invention was of Second Defendant of The Defendant Donna Ramere, and The next Defendant of Third Defendant was The Defendant Alexis Glenn, to Negligently Filed a Patent against The Plaintiff Invention on Dates above The next Defendant of Kendall Harter was the Fourth Defendant to Negligently Filed Claim of a Patent against The Plaintiff Invention, on Dates above The next Defendant of Joshua Malone was the Fifth Defendant to Negligently Filed Claim of a Patent against The Plaintiff Invention on Dates above and The next Defendant of Ajit Khubani was the Sixth Defendant to Negligently Filed Claim of a Patent against The Plaintiff Invention on Dates above and The Plaintiff was Robbed of Extortion between years and Date of 2005 and 2006 and 03-08-2007 and Done of a Continuous of Robbery of Extortion of Present of year of 2026, The Defendants of Scammers of Schemes of Theft Jammed the Market of Sell Claim of The Plaintiff Invention, As a Result The Plaintiff is in need of a Discontinue of a Court Order of a Letter of a Discontinue of The Defendants Schemes of Theft of a Claim of The Plaintiff Invention done of Robbery of Extortion of Fraud, That Harmed The Plaintiff of a Stolen Invention, The Plaintiff Claim Damages of Punitive Damages of Relief, also The Plaintiff is in need of a Report of This Crime of Robbery of Extortion of Schemes of Theft of a Stolen Invention of a Court Order Letter to Submit to USPTO to Void Defendants Granted United States Patent of a Scammer of Schemes of Theft of a Crime of Identity Theft of doing Fraud of a Criminal Act The Plaintiff is in need of Vindicated act from The Defendants Criminal Act from The Plaintiff United States Patent, The Defendants Harmed The Plaintiff of Schemes of Theft of a Stolen Invention of Robbery of a Market sell Claim of a Profit of a Claim The Plaintiff Invention That Caused The Plaintiff Damage of a Loss of Profit ,That Caused The Plaintiff Violations of The Plaintiff Rights of Communication of doing Business of Marketing of Legal Identity of a Business of a Sell Claim of a Profit of Business That Caused The Plaintiff Damages of a Loss Profit of a Business of a Claim of Plaintiff Invention, The Defendants Stole Plaintiff Invention and Harmed Plaintiff of a Victim of Schemes of Theft of Robbery of Extortion of doing Fraud and also The Defendants Caused Plaintiff Violations of Plaintiff Rights of Legal Identity to Receive a Granted United States Patent of a Submission Presentation to Market of a Profit Sell Claim of a Legal Identity of a Business of a Claim of Plaintiff Invention of a Loss of Profit, The Plaintiff Claim Damages of Punitive Damages of Relief.

<u>Index:</u> Investigation History Continue of Corruption of Organization of a Corporation,

2. The Plaintiff explain of a step by step verse of events of trying to get assistance with Plaintiff Invention of Devices of Filling Balloons with Water and Tying a Water Balloon Knot and Tying a Knot of a Self Sealing Knot of Water Balloons of Making Water Balloons. By watching television The Plaintiff was advised to go to a Patent Attorney Office, so Plaintiff did. Plaintiff went to Patent Attorney office of Gifford, Krass, located in Troy Mi. Plaintiff went there in the year of 2005 and year 2006. Plaintiff talked to the Evaluator Martin Sovis Representative Patent Attorney Douglas McEvoy he did not have time he was working on car interior.The Plaintiff did not know he was the representative of the Evaluator Martin Sovis at that time. The Plaintiff belief is that he knew the scope of Plaintiff Community and the Protection of Plaintiff Invention and gave no Protection Material to the USPTO of a Connection he gave Copyright form of no Protection and a None Working Phone Number of a Redialing Connection of a None Working Attorney of no Name and was located in Saginaw Mi. The Plaintiff could not Connect with This Attorney his voice was Rasping and The Plaintiff did not talk about The Plaintiff Invention. The Plaintiff believe This is a simulated Crime of a Federal Crime of Fraud of Identity Theft and The Plaintiff believe it was done calculating the Scheme would pay out. After no help there, The Plaintiff thought Channel 12 news reporter Randy Conat could assist The Plaintiff The Plaintiff called The news station This happen in August 2006 about The Plaintiff Invention talk with Randy Conat gave The Plaintiff Number to Evaluator James E. White he is from Inventors Council of Mid-Michigan The Plaintiff call James E. White the next day he informed The Plaintiff of the meeting of his club of location at 1314 S. Center Rd. of Burton Community of Flint Michigan The Plaintiff went to two meeting topics of meeting was on marketing sell of individual product of a conduct of a sell. The Plaintiff made a date appointment with review Panel of Evaluation of The Plaintiff Invention of Devices of Filling Balloons with water and Tying a Water Balloon Knot and Tying a Knot of a Self Sealing Knot of Water of a Toy Set Kit of Making Water Balloons. The Plaintiff brought three folders, placed each one in front of each Review Panel Member of James E. White, and Martin Sovis, and one other Member of Club of Review Panel of The Evaluation of Michael Wiley of departed was a part of the first Review Panel of Evaluation of The Plaintiff Invention. A Member of Review Panel of Club of Michael Ball of departed was not a part of the first Review he was a part of second Review of the follow up of the first Review of Evaluation of Plaintiff Invention. Plaintiff Folders Contained Information about The Plaintiff Invention. In a Social Manner Plaintiff started flipping pages quietly stopping at a Bank Creation social upon a special pouch for about one minute and a half, next page stop about 2 to 3 Seconds on a percussion shaker instrument Next Page Plaintiff Stopping to Talk very Seriously about a Pump and Water Holding Container That Fill Balloon with Water or Air. The Plaintiff Speaking out Loudly in a Detail Function of The Plaintiff Invention of a Repair Fix of Worries about a Problem a Child or Children would have Tying a Knot of a Water Balloon, Conversation became Very Serious about the Statement of Tying a Knot for Water Balloons. The Plaintiff was Worried about The Plaintiff Invention That a Kid would have a Hard Time Tying a Knot with a Water Balloon, The Plaintiff closed her eyes in the middle of the meeting of Evaluation of a Moment of a Brain Storm Moment of a Repair Fix of a Vision of a Prototype for a 1/2 minute and That very same Evening of Evaluation of The Plaintiff Invention, The Plaintiff went home and Fix The Plaintiff Invention of a Tie a Knot of Prototypes of Tying a knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons. The ended of Evaluation of The Plaintiff Invention The Plaintiff got the understanding from the Review Panel with Laughter, Smile, and a Nod and with Verbal Chanting; yes of a remembrance of childhood with water balloon experience and with Plaintiff saying in a social fashion way The Plaintiff makes character too. To Make a Water Balloon you fill a Balloon with Water and Tie a Knot Manual or with assist The Evaluation of The Plaintiff Invention of a meet with Evaluators of Martin Sovis, James E. White, and Michael Wiley of depart The Evaluation went on for about 10-15 minutes. The next meet after Evaluation The Plaintiff and Evaluator James E. White talk and Evaluator James E. White want to see The Plaintiff Invention of a display at the club of the next meet date of a once a month meet of Evaluator James E. White club. The Plaintiff agreed and disagreed of timing was wrong of agreed when The Plaintiff got there with The Plaintiff Invention and started to remove it from The Plaintiff bag Evaluator James E. White Shush The Plaintiff as if timing was wrong and also The Evaluator Member of Review Panel Michael Wiley Place a strong ornament nozzle on top of The Plaintiff nozzle area of The Plaintiff Invention. The Plaintiff Invention was never a partial showing of a display or of a detail matter at their club of a display. The second review of the first review of evaluation of The Plaintiff Invention was held on March 7, 2007 and it was a success of signature only. The next Club meet was done of a expo of a display of Inventions on Date of 04/12/2007 of the event at Mott Community College, That did not happen with The Plaintiff Invention of Devices of a Toy Set Kit of Making Water Balloons because Plaintiff felt like she was being rally around and brain washed and did not feel safe, The Plaintiff found out in the year of 2013 and 2014 after Non – Communication of Organization of Corporation of a Connection of a Control System of a Scam of Schemes The Plaintiff did not have a Patent for Protection from Scammer and when The Plaintiff filed for The Plaintiff Patent with the USPTO, The Plaintiff was Robbed of Extortion,... As a Result The Plaintiff Claim Damages of Punitive Damages of Relief,

Index: Investigation History of Corruption of Organization of a Corporation,

3. The Plaintiff became very ill of sickness and needed Medical care and was unaware of the Defendants of their Schemes of Theft of Robbery of Extortion of The Plaintiff Invention, The Plaintiff was very weak and sick and started working on small creations working back to find a way to get a United State Patent for Protection for The Plaintiff Invention of Devices of Filling Balloon with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons of a Toy Set Kit of Making Water Balloons of a Water Holding Container and Devices of Nozzles and Toy pump Mechanics of a Siphon tube of filling balloons with Water and Tying a Water Balloon Knot and Tying a Knot of a Self Sealing Knot of Water Balloons of Devices and a Balloon can be fill with air also with the Toy Set Kit of Making Water Balloons The Plaintiff was in Trust and was unaware of Organization of Corporation Connection of a Scammer as a Team of Organizations of Corporations of a Connection Involvement of using The Plaintiff of a meet with Evaluators of their Presentation of Honest and Trust of a Non Disclosure Confidential agreement and of being advised by Randy Conat of a News Reporter to come to them of help. The Plaintiff revealed The Plaintiff Invention in Pictures and talking in detail Statements of The Plaintiff Invention of Devices of Filling Balloons with Water and Tying a Knot of a Water Balloon and a Knot of a Self Sealing Knot of Water Balloons of a Toy Set Kit of Making Water Balloons. Plaintiff was unaware and did not know of Organization of Corporation of a Scammer of Schemes Organization of a Corporation of a Connection of Scamming of a Criminal Act. Done of Robbery of Extortion of Organization of Corporation of Scammers of Organization of a Corporation of doing a simulated Act of a Scheme of Scamming The Plaintiff of The Plaintiff Invention of Valuable Information to Claim a United State Patent of The Plaintiff Invention of a Federal Crime of Fraud of Identity Theft of a Claim The Plaintiff Invention. Plaintiff was unaware and did not know of Organization of Corporation of Connection of a Scammer of Schemes as a Team of Organization of a Corporation of a Connection of a Team of using Plaintiff of non disclosure agreements to get Information of a Scam of a Scheme to relate information to receive a United State Patent of a Federal Crime of Fraud of Identity Theft. Plaintiff was unaware and did not know of Organization of Corporation of a Connection of a Scammer of Schemes as a Team of Organization of a Corporation was using Plaintiff of a meet with Review Panel The Plaintiff was a Scam of Scheme of Stealing Plaintiff Invention of a Claim United State Patent of Federal Crime of Identity Theft of Organization Corporation Team of Scammers. The Plaintiff was unaware and did not know of Organization of Corporation of a Connection was doing a Crime of a Criminal Act of Scammers of Schemes of using Plaintiff of a meet with Evaluators at that time of a Meet with Review Panel. The Plaintiff believe strategies was used of a controlling Method of having no assist of a needed of assisting with a United State Patent of Security of The Plaintiff Invention. The Plaintiff was unaware and did not know of Organization of Corporation of Connection were Stealing The Plaintiff Invention of a Claim of a Sell of Profits of Marketing of a Claim a United States Patent of a Federal Crime of Fraud of Identity Theft Done of Organization of a Corporation of using Plaintiff of a Meet with Evaluators of Review Panel of Martin Sovis, James E. White, Michael Wiley, Michael Ball,... As a Result Defendants Negligently Claim of The Plaintiff Invention of a Granted United State Patent of a submit of Marketing of a Selling of a Product of a Conduct of Profits Sell Claim of The Plaintiff Invention of Robbery of Extortion of The Plaintiff Invention of Devices of Water Filler Nozzle Devices and a Water Holding Container of a Toy Pump suction tube unit Systems of a Toy Set Kit Unit Systems of Devices of Tools Devices of a Tying Knot of a Water Balloon and Devices of Tying a Knot of a Self Sealing Knot of Water This Caused The Plaintiff Violation of a The Plaintiff Rights of a Granted Patent of a Penalty That Harmed The Plaintiff of a Stolen Invention That was Caused by Defendants of Organization of a Corporation of a Connection of Using Organization of a Corporation of a Connection did of a Crime of Criminal Act of a Negligently Claim of The Plaintiff Invention of a Filed Claim of a United States Patent of Fraud of a Claim of The Plaintiff Invention of Schemes of Theft of Marketing of a Sell Claim Profit of The Plaintiff Invention of a Connection Involvement with Plaintiff Evaluation of The Plaintiff Invention of a reveal of Pictures and Statements of a Detail Function of The Plaintiff Invention under a non-discloser agreement with Evaluators of Evaluation of The Plaintiff Invention within a year of Evaluation a United States Patent was Done of a Claim of The Plaintiff Invention The Plaintiff Claim Damages of Punitive Damages of Relief.

Index: Investigation History Continue, Corruption of Organization of Corporation

4. The Defendants are acknowledge to their Scam of Schemes of Theft of Robbery of Extortion done on Dates above in Paragraph one of a Claim of The Plaintiff Invention and The Plaintiff is acknowledge as well to The Defendants as a Team of Individual Marketing of Schemes of Theft of a Crime of a Criminal Act of Robbery of Extortion of Negligently Filing Patents of a Claim of a Granted United States Patent of a Claim of The Plaintiff Invention, That Cause Plaintiff Damages of a Loss of Profit of Business of The Plaintiff Invention, The Plaintiff Claim Damages of Punitive Damages of Relief, The Plaintiff is reporting to The Court of Eastern Michigan, That The Defendants Organization of Corporation did a Link Connection as a Team of Individual Marketing of a Criminal Act of a Crime of Robbery of Extortion of a Market Sell Claim of The Plaintiff Invention of a Leader of Organizations of Corporations of Scammers and will act like a kid that cannot tell the truth and need someone to tell the truth for them and may need to be scolder like a child that will not stop lying or like children that cannot and will not tell the truth, The Plaintiff thinks law enforcement is needed in this matter to sit them down and talk to them about how they know when a person is telling the truth and when a person is not telling the truth and let justice take place with honesty, If the Defendants Commit Perjury The Plaintiff wants The Defendants to be Jailed and Sentenced to Life and Taken away to Prison for a Life Sentenced for over a 100 Years with no Release from Prison. The Plaintiff have Court Judgement Settlements term of a Document. The Plaintiff asks The Court to make them legally binding if possible. The Plaintiff ask the Court to Order Law Enforcement if Needed for The Defendants to be arrested and brought in on these allegations of Robbery of Extortion of using Organization of Robbery of Extortion of a Connection Involvement with Plaintiff of Using The Plaintiff of Robbery of Extortion of a Receive of Valuable Information of a Detail Function of The Plaintiff Invention Done of Scammers of Schemes of Theft of doing Fraud of a Negligently Filed Claim of a Patent of a Claim of The Plaintiff Invention of Devices of Filling a Balloon or Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons and be held responsible in a Lawful manner of Justice of doing Schemes of Theft of Robbery of Extortion of a Criminal Act of a Crime of doing Fraud, That Harmed The Plaintiff of a Stolen Invention and Caused The Plaintiff Damages of a Loss of Profits and Violated The Plaintiff Rights of a Profit of a Business of a Claim of Plaintiff Invention and Violated The Plaintiff of a Claim of a Granted United States Patent,... As a Result The Plaintiff Claim Damages of Punitive Damages of Relief,

Index: Investigation History Continue, Corruption of Organization of Corporation

5. The Plaintiff want law Enforcement if needed in This matter of a Discontinue of The Defendants of doing Schemes of Theft of Fraud of Robbery of Extortion a Claim of The Plaintiff Invention and to put an ending to this Crime of Robbery of Extortion of Schemes of Theft. The Plaintiff is doing a Civil Lawsuit in This matter of Robbery of Extortion of doing Fraud of Schemes of Theft done of a Claim of The Plaintiff Invention, The Plaintiff asks The Court to look at this matter of past cases of Federal Crimes of Fraud of Identity Theft of Schemes of Robbery of Extortion of a resembling of past Federal Crimes of White Collar Crimes of The Enron Crime Case with Jeff Skilling, Kenneth Lay and Andrew Fastow and of The Martha Stewart Crime Case of Obstructing Justice and of Lying of a Imprisonment Order of Justice and a Fine of 30,000 Dollars and in The case of Presidency of Bill Clinton of Lying to the World of Impeachment case of a trial and The Bernie Madoff trial case of a Federal Crime of Fraud of a Conviction Judgement of a 150 Years of Imprisonment,...As a Result The Defendants Stole The Plaintiff Invention and Harmed Plaintiff of Robbery of Extortion and Caused The Plaintiff to be a Victim of Robbery of Extortion of Schemes of Theft, That Caused Plaintiff Violations of Plaintiff Rights of a Legal Identity of a Granted United States Patent of a Submission Presentation to Market of a Profit Sell Claim of a Legal Identity of Business, That Caused Plaintiff damages of a Loss Profit That Violated The Plaintiff Rights of a Profit of a Business of a Claim of The Plaintiff Invention of Business, The Plaintiff Claim Damage of Punitive Damages of Relief,

Index: Investigation History Continue of Corruption of Organization of a Corporation,

6. The Plaintiff list The Defendants Companies Addresses and Phone Numbers and of Company Annual and of The Defendants Patent Numbers of Marketing The Plaintiff Invention of a Sell Profit Claim of their Schemes of Theft of Robbery of Extortion of a Criminal Act of a Crime of Fraud of Identity Theft, of The Plaintiff Invention The Plaintiff Claim Damages Punitive Damages of Relief.

- The Defendant Wayne Sikorcin Patent Numbers U.S. Pat. No. US75/496,968,83 and US87/830,01 and US83/076,12., The Defendant Wayne Sikorcin Annual and Companies Annual of The U.S. Wholesale Suppliers sell up to 1.6 Billion Dollars Annually of Water Balloons The Defendant Wayne Sikorcin Companies and Distributors Addresses and Phone Numbers of Founder and CEO of Craftsman Tool and Mold Company 2750 Church Rd. Aurora Illinois 60502. Founder and CEO Larry John Tchamkertenian of Imperial Company of 6409 Independence Ave, Woodland Hill Ca. 91367..Number Phone(1-800-543-6551)-(818-536-6470)-(818-536-6444)-(818)-536-6500)-(1-800-222-1222)-(818-221-0359)—(213-489 2110).Founder and CEO Chris Cocks of Hasbro of 1027 Pawtucket Newport Avenue of Rhode Island 02861 U.S. Phone Numbers (401-431—8697)-(1-800-255-5516). Founder and CEO Andrew Selevan of Jaru Toy Company 12901 Flagler Center Blvd, Jacksonville, FL. 32258 Phone Number (904-733-9311),

- The Defendant Donna Ramere, Patent Number U.S. D729903.,,U.S. 12/877,502.,,U.S. 13/306,598)... The Defendant Alexis Glenn, Patent Number U.S. D729903.,, U.S. 12/877,502.,,U.S. 13/306,598),... The Defendant Donna Ramere Annual and Companies Annual of The U.S. Wholesale Suppliers Sell up to 1.6 Billion Dollars Annually of Water Balloons, The Defendant Alexis Glenn Annual and Companies Annual of The U.S. Wholesale Suppliers sell up to 1.6 Billion Dollars, Annually of Water Balloons. The Defendant Donna Ramere and The Defendant Alexis Glenn These are their Companies and Distributors Addresses and Phone Numbers of Discovery Kid ToysR'Us Inc. One Geoffrey Way Wayne, NJ. 07470. Phone Number (973-617-3500) and Family Dollar Store Ware House Distributor 10401, Old Monroe Road, Mathews, North Carolina 28105 Phone Number (1-844-636-7687)-(704-847-6961) President and CEO Howard R. Levine. Pumponator Principal Roisin Comeford of Manufacture distributors 201 N Union St. 110 Alexandria Va. 22314 (904-647-5236). Young Explorers US Headquarter 901 Fifth Avenue Suite 1200, Seattle, Washington 98164 Phone Number (1-206- 623-1986),

- The Defendant Kendall Harter, Patent Numbers U.S. Pat. No 9,051,066 and US-D 79385-S1 and US-D772,9465, The Defendant Kendall Harter Annual and Company Annual of The U.S. Wholesale Suppliers Sell up to 1.6 Billion Dollars Annually of Water Balloons... The Defendant Kendall Harter Company and Distributor Address of a CEO of Hydro Toys at 25715 Cliff Cir. Spicewood TX. 78669 of Manufacture in Austin, Texas. (None connection Phone Numbers),

- The Defendant Joshua Malone, Patent Numbers U.S. Pat. No 9,242,749 and 9,051,066 and 11/465,786 and 11/866,209... The Defendant Joshua Malone Annual and Companies Annual of The U.S. Wholesale Suppliers Sell up to 1.6 Billion Dollars Annually of Water Balloons... The Defendant Joshua Malone Companies and Distributors of Owner of Tinnus, and his Manufacture Addresses and Phone Numbers of a CEO Nick Mowbray of Zura Toy Company of Hong Kong Headquarter Office of Unit 120-04,12/F Energy Plaza,92 Granville Road, Tsim sha tsul East, Kowloon, Hong Kong (64- 424-277-1274). Zura In the United States is of 2121 E. Maple Ave El Segundo,CA. 90245-5011 (424-277-1274),

- The Defendant Ajit Khubani, Patent Numbers U.S. Pat. No. US29/546,337 and US29/548,648, The Defendant Ajit Khubani Annual and Company Annual of The U.S. Wholesale Suppliers Sell up to 1.6 Billion Dollars Annually of Water Balloons, The Defendant Ajit Khubani Company and Distributor Address and Phone Number of The Defendant Ajit Khubani of CEO Founder of Telebrands 1 Telebrand Plaza Fiarfield, NJ 070004 (973-227-8777),

**Additional Information: The Plaintiff: Evidence of The Defendants (1.) Evidence of Defendants Stolen The Plaintiff Invention of Schemes of Theft of Robbery of Extortion of a Claim of The Plaintiff Invention of a Receive of Valuable Information of a Detail Function of Plaintiff of Doing Fraud of a Fraudulent Act of Inventing Negligently Filed a Patent of a Granted United States Patent of a Submission Presentation to Marketing Sell Claim of a Profit of a Claim of The Plaintiff Invention of Devices of Filling Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons or a Balloon of a Toy Set Kit and of The Plaintiff United State Patent of Rejection and Cancellation of encounter with The Defendants of Doing Fraud of Using The Plaintiff of a Claim of the Plaintiff Invention (Contents: Facts of Evidence 1 to 3) Evidence (2.) Defendant Extortion of Dates and Year of Form of Encounter with The Plaintiff of a Claim The Plaintiff Invention of Using The Plaintiff Evidence (3.) The Defendants of Wrongfully Using Organization of Corporation of a Connection Involvement with The Plaintiff of Using The Plaintiff of a meet with Review Panel of Organization of Corporation of a Confidentiality Agreement of a Signature Form to Receive Valuable Information of a Detail Function of Plaintiff Invention of Evaluation of The Plaintiff Invention to doing Fraud of a Fraudulent Act of Inventing of a Receive of Information the Defendants of a Leader as Team of Organizations of a Corporations of a Connection Link of a Granted United State Patent of a Staged act of a Fraudulent Act of Inventing of a Claim of The Plaintiff Invention of Devices of Filling Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons or a Balloon of a Toy Set Kit of Making Water Balloons of Schemes of Robbery of Extortion, The Defendants of Leader of Organization of Corporation Link of Organizations of Corporations of Connection of Using The Plaintiff of a Detail Function of The Plaintiff Invention of Extortion of a Staged act of Fraudulent Act of Inventing of a Claim of Plaintiff Invention of Robbery of Marketing Sell of a Profit Claim of Plaintiff Invention, The Defendants Schemes Fraud of Links of Organizations of Corporations Connection of using The Plaintiff of a meet with Review Panel of Evaluation of a Claim of The Plaintiff Invention by using Evaluators of Their Advisement of Operation of Business of Organization of Corporation Link Connection of a Connection to Defendants of Schemes of Doing Fraud of a Claim of The Plaintiff Invention of a Granted United States Patent.**

**Additional Information: The Plaintiff: Witness of Evidence Thomas Crampton is acknowledge of Identity Theft of a Federal Crime of doing Fraud of United State Patent could be done of Evaluators James E. White Martin Sovis, Michael Ball, Michael Wiley, of their Club of Inventors Council of Mid- Michigan of Organization of a Corporation of Link Connection to other Organization of Corporation Business. Thomas Crampton is acknowledge to The Plaintiff of report to him of Evaluator Martin Sovis and James E. White, Michael Ball, Michael Wiley, of The Defendants Wayne Sikorcin, the son of Tony Sikorcin, and Names of Organization of Corporation of a Connection by Names of Donna Ramere, Alexis Glenn Daughter of Kendra Glenn, A.J. Khubani, Joshua Malone, Kendall Harter of doing a Scam of Scheming of Plaintiff Invention of Devices of Filling Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons. Thomas Crampton is acknowledge to Martin Sovis and Jame E. White, Michael Ball, Michael Wiley of Organization of Corporation of Review Panel of a Team of Evaluators of a Confidentiality Agreement of a Signature Form to Receive Information of Evaluation of The Plaintiff Invention and having Controlling ability of Organization of a Corporation Connection of Links. Thomas Crampton is acknowledge that a Staged act of Fraudulent of Inventing to claim a United States Patent could be done of Inventors Council of Mid-Michigan Club of Organization of a Corporation of Organization Link Connection of The Plaintiff Invention Evaluation of a Federal Crime of Fraud of Identity Theft. Thomas Crampton has the ability of acknowledgement of The Defendants by name of Organization Link of Corporation of Wayne Sikorcin the son of Tony Sikorcin and of Scammer of Organizations of Corporations Owners of Companies of Owners Names of Donna Ramere, Alexis Glenn Daughter of Kendra Glenn, A. J. Khubani, Joshua Malone, Kendall Harter. Thomas Crampton is acknowledge to Evaluators of Inventors Council of Mid-Michigan by names of Organization of Link Connection of Corporation of Business of Martin Sovis and Jame E. White, Michael Ball, Michael Wiley of Advisement of Presentation of Controlling a system of Operation of a Business of Organization of Corporation. Thomas Crampton is a retired Dean of Mott Community College and a Volunteer Working of the College and a Business Consultant and a speaker of speaking at Defendants Club. Thomas Crampton can be contact at (810-287-2188) or (762-0278) of School Office of 1401 East Court Street Flint Mi. 48503.**

**Additional Information: The Plaintiff: Witness of Evidence James E. White is acknowledge of Identity Theft of a Federal Crime of doing Fraud of a United State Patent could be done of their Club of Inventors Council of Mid- Michigan of Organization of a Corporation of Link Connection to another Organization of Corporation Business. James E. White is acknowledge to Evaluation of The Plaintiff Invention of a Concoction of Filling Balloons with Water and of Information of worries of a Statement of a Problem a Child would Have Tying a Knot of a Water Balloon of The Plaintiff Invention of a Tie a Knot of a Water Balloon of a Brain Stormy Moment of a Vision repair Fix of a Function of The Plaintiff Invention of a Concoction of a Scenery of Pictures and Statements of a Function of The Plaintiff Invention. That very same evening of Evaluation of The Plaintiff Invention The Plaintiff went Home and Fix a Tie knot of Water Balloons of a Prototypes of a repaired of The Plaintiff Invention. James E. White is acknowledge to The Plaintiff of a report to him of The Defendants Wayne Sikorcin, the son of Tony Sikorcin, and Names of Scammer of Organizations of Corporations of a Connection by Names of Donna Ramere, Alexis Glenn Daughter Kendra Glenn, A.J. Khubani, Joshua Malone, Kendall Harter of doing a Scam of Scheming of a Connection of a receive of Valuable Information of a Detail Function of The Plaintiff Invention of Devices of Filling Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons. James E. White is acknowledge to their of Organization of Corporation of Review Panel as a Team of Evaluators of a Confidentiality Agreement of a Signature Form to Receive Information of Evaluation of The Plaintiff Invention and having Controlling ability of Organization of a Corporation of Connection of Links to another Organization of a Corporation of a Business. James E. White is acknowledge that a Staged act of Fraudulent Act of Inventing to claim a United State Patent could be done of Evaluation of their Club of Organization of a Corporation of a Link Connection of another Organization of Corporation of doing Business of a Link Connection of The Plaintiff Invention of Evaluation of a Federal Crime of Fraud of Identity Theft. James E. White is acknowledge to The Defendants by name of Organization Link of Corporation of a Business of Wayne Sikorcin the son of Tony Sikorcin, and of Organization of Corporation Owners of Companies of Owners Names of Donna Ramere, Alexis Glenn Daughter Kendra Glenn, A. J. Khubani, Joshua Malone, Kendall Harter. James E. White is acknowledge to Evaluators by name of their Club of Organization Link of Corporation of Business of Martin Sovis, and Michael Ball, Michael Wiley of Advisement of Presentation of Controlling a system of Operation of a Business of Organization of Corporation. James E. White is a Member and Evaluator of Inventors Council of Mid- Michigan of Club of Organization of Corporation. James E. White can be contact at (517-381-1960) of 4107 Breakwater Dr. Okemos, Michigan 48864.**

**Additional Information: The Plaintiff: Witness of Evidence Martin Sovis is acknowledge of Identity Theft of a Federal Crime of doing Fraud of a United State Patent could be done of their Club of Inventors Council of Mid- Michigan of Organization of a Corporation of Link Connection to another Organization of Corporation Business. Martin Sovis is acknowledge to Evaluation of The Plaintiff Invention of a Concoction of Filling Balloons with Water and of Information of worries of a Statement of a Problem a Child would have Tying a knot of a Water Balloon Knot of The Plaintiff Invention of a Tie a Knot of a Water Balloon of a Brain Stormy Moment of a Vision repair Fix of a Function of The Plaintiff Invention of a Concoction of a Scenery of Pictures and Statements of a Function of The Plaintiff Invention. That very same evening of Evaluation of The Plaintiff Invention The Plaintiff went Home and Fix a Tie knot of Water Balloons of a Prototypes of a repaired of The Plaintiff Invention. Martin Sovis is acknowledge to The Plaintiff of a report to him of The Defendants Wayne Sikorcin, the son of Tony Sikorcin, and Names of Scammers of Organization of Corporation of a Connection by Names of Donna Ramere, Alexis Glenn Daughter of Kendra Glenn, A.J. Khubani, Joshua Malone, Kendall Harter of doing a Scam of Scheming of a Connection of a receive of Valuable Information of The Plaintiff Invention of Devices of Filling Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons. Martin Sovis is acknowledge to their of Organization of Corporation of Review Panel as a Team of Evaluators of a Confidentiality Agreement of a Signature Form to Receive Information of Evaluation of The Plaintiff Invention and having Controlling ability of Organization of a Corporation of Connection of Links to another Organization of a Corporation of a Business. Martin Sovis is acknowledge that a Staged act of Fraudulent Act of Inventing to claim a United State Patent could be done of Evaluation of their Club of Organization of a Corporation of a Link Connection of another Organization of Corporation of doing Business of a Link Connection of The Plaintiff Invention of Evaluation of a Federal Crime of Fraud of Identity Theft. Martin Sovis is acknowledge to The Defendants by name of Organization Link of Corporation of a Business of Wayne Sikorcin the son of Tony Sikorcin, and of Organization of Corporation of Owners of Companies of Owners Names of Donna Ramere, Alexis Glenn Daughter of Kendra Glenn, A. J. Khubani, Joshua Malone, Kendall Harter. Martin Sovis is acknowledge to Evaluators by name of their Club of Organization Link of Corporation of Business of James E. White and Michael Ball, Michael Wiley of Advisement of Presentation of Controlling a system of Operation of a Business of Organization of Corporation. Martin Sovis is a Member and Evaluator of Inventors Council of Mid-Michigan of Club of Organization of Corporation. Martin Sovis can be contact at (810-659-6741) of 5279 Duffield Rd. Flushing, Michigan 48433.**

Contents: The Plaintiff Witness of Evidence

**Additional Information: The Plaintiff: Witness of Evidence Douglas Prehoda is acknowledge of Identity Theft of a Federal Crime of doing Fraud of a United State Patent could be done of Evaluators James E. White Martin Sovis, Michael Ball, Michael Wiley, of their Club of Inventors Council of Mid- Michigan of Organization of a Corporation of Link Connection to other Organization of Corporation Business. Douglas Prehoda is acknowledge to The Plaintiff of report to him of Evaluator Martin Sovis and James E. White, Michael Ball, Michael Wiley, of The Defendants Wayne Sikorcin, the son of Tony Sikorcin, and Names of Organization of Corporation of a Connection by Names of Donna Ramere, Alexis Glenn Daughter of Kendra Glenn, A.J. Khubani, Joshua Malone, Kendall Harter of doing a Scam of Scheming of The Plaintiff Invention of Devices of Filling Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons. Douglas Prehoda is acknowledge to Martin Sovis and Jame E. White, Michael Ball, Michael Wiley of Organization of Corporation of Review Panel of a Team of Evaluators of a Confidentiality Agreement of a Signature Form to Receive Information of Evaluation of The Plaintiff Invention and having Controlling ability of Organization of a Corporation Connection of Links. Douglas Prehoda is acknowledge that a Staged act of Fraudulent Act of Inventing to claim a United State Patent could be done of Evaluators Club of Organization of a Corporation of Organization Link Connection of The Plaintiff Invention Evaluation of a Federal Crime of Fraud of Identity Theft. Douglas Prehoda is acknowledge to The Defendants by name of Organization Link of Corporation of Wayne Sikorcin the son of Tony Sikorcin, and of Organization of Corporation Owners of Companies of Owners Names of Donna Ramere, Alexis Glenn Daughter of Kendra Glenn, A. J. Khubani, Joshua Malone, Kendall Harter. Douglas Prehoda is acknowledge to Evaluators of Inventors Council of Mid-Michigan by name of Organization of Link Connection of Corporation of Business of Martin Sovis and Jame E. White, Michael Ball, Michael Wiley of Advisement of Presentation of Controlling a system of Operation of a Business of Organization of Corporation. Douglas Prehoda is a retired Project Manager of Mott Community College Fab Lab and is a Volunteer Working of the College and is a Corporation Business Contact caller Connector of Association and a speaker of speaking at Evaluators Club of Organization of Corporation. Douglas Prehoda can be contact at (810-232-4553) or (762-0278) of School Office of 1401 East Court Street Flint Mi. 48503.**

**Additional Information: The Plaintiff: Witness of Evidence Harry Blecker is acknowledge of Identity Theft of a Federal Crime of doing Fraud of a United State Patent could be done of Evaluators James E. White Martin Sovis, Michael Ball, Michael Wiley, of their Club of Inventors Council of Mid- Michigan of Organization of a Corporation of Link Connection to another Organization of Corporation Business. Harry Blecker is acknowledge to The Plaintiff of report to him of Evaluators Martin Sovis and James E. White, Michael Ball, Michael Wiley, of The Defendants Wayne Sikorcin, the son of Tony Sikorcin, and Names of Organization of Corporation of a Connection by Names of Donna Ramere, Alexis Glenn Daughter of Kendra Glenn, A.J. Khubani, Joshua Malone, Kendall Harter of doing a Scam of Scheming of The Plaintiff Invention of Devices of Filling Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons. Harry Blecker is acknowledge to Martin Sovis and Jame E. White, Michael Ball, Michael Wiley of Organization of Corporation of Review Panel of a Team of Evaluators of a Confidentiality Agreement of a Signature Form to Receive Information of Evaluation of Plaintiff Invention and having Controlling ability of Organization of a Corporation Connection of Links. Harry Blecker is acknowledge that a Staged act of Inventing to claim a United State Patent could be done of Evaluators Club of Organization of a Corporation of Organization Link Connection of Plaintiff Invention Evaluation of a Federal Crime of Fraud of Identity Theft. Harry Blecker is acknowledge to The Defendants by name of Organization Link of Corporation of Wayne Sikorcin the son of Tony Sikorcin, and of Organizations of Corporations Owners of Companies of Owners Names of Donna Ramere, Alexis Glenn Daughter of Kendra Glenn, A. J. Khubani, Joshua Malone, Kendall Harter. Harry Blecker is acknowledge to Evaluators of Inventors Council of Mid-Michigan by name of Organization of Link Connection of Corporation of Business of Martin Sovis and Jame E. White, Michael Ball, Michael Wiley of Advisement of Presentation of Controlling a system of Operation of a Business of Organization of Corporation. Harry Blecker is a retired is a Business Consultant and a speaker of speaking of Evaluators Club of Organization of Corporation. Harry Blecker can be contact at (762-9660) of Kettering University College, 1700 University Avenue Campus Center, 5th Floor Flint Mi. 48504.**

**Additional Information: The Plaintiff: Witness of Evidence Mary Kordyban is acknowledge of Identity Theft of a Federal Crime of doing Fraud of a United State Patent could be done of Evaluators James E. White Martin Sovis, Michael Ball, Michael Wiley, of their Club of Inventors Council of Mid- Michigan of Organization of a Corporation of Link Connection to another Organization of Corporation Business. Mary Kordyban is acknowledge to The Plaintiff of report to her of Evaluators Martin Sovis and James E. White, Michael Ball, Michael Wiley, of The Defendants Wayne Sikorcin, the son of Tony Sikorcin, and of Names of Organization of Corporation of a Connection by Names of Donna Ramere, Alexis Glenn Dauhter of Kendra Glenn, A.J. Khubani, Joshua Malone, Kendall Harter of doing a Scam of Scheming of Plaintiff Invention of Devices of Filling Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons. Mary Kordyban is acknowledge to Martin Sovis and Jame E. White, Michael Ball, Michael Wiley of Organization of Corporation of Review Panel of a Team of Evaluators of a Confidentiality Agreement of a Signature Form to Receive Information of Evaluation of The Plaintiff Invention and having Controlling ability of Organization of a Corporation Connection of Links. Mary Kordyban is acknowledge that a Staged act of Inventing to claim a United State Patent could be done of Evaluators Club of Organization of a Corporation of Organization Link Connection of The Plaintiff Invention Evaluation of a Federal Crime of Fraud of Identity Theft. Mary Kordyban is acknowledge to The Defendants by name of Organization Link of Corporation of Wayne Sikorcin the son of Tony Sikorcin, and of Organizations of Corporations Owners of Companies of Owners Names of Donna Ramere, Alexis Glenn Daughter of Kendra Glenn, A. J. Khubani, Joshua Malone, Kendall Harter. Mary Kordyban is acknowledge to Evaluator of Inventors Council of Mid-Michigan by name of Organization of Link Connection of Corporation of Business of Martin Sovis and Jame E. White, Michael Ball, Michael Wiley of Advisement of Presentation of Controlling a system of Operation of a Business of Organization of Corporation. Mary Kordyban is retired and a Manager and Librarian and a Member of Inventors Council of Mid-Michigan Club of a speaker of speaking of Evaluators Club of Organization of Corporation. Mary Kordyban can be contact at (313-481-1391) or (313-481-1300) of Detroit Library of 5201 Woodward Ave Detroit Mi. 48202.**

Complain for a Civil Case

Contents: The Plaintiff Witness of Evidence

**Additional Information: The Plaintiff: Witness of Evidence Jack Tubbs is acknowledge of Identity Theft of a Federal Crime of doing Fraud of a United State Patent could be done of Evaluators James E. White Martin Sovis, Michael Ball, Michael Wiley, of their Club of Inventors Council of Mid- Michigan of Organization of a Corporation of Link Connection to another Organization of Corporation Business. Jack Tubbs is acknowledge to The Plaintiff of a report to him of Evaluators Martin Sovis and James E. White, Michael Ball, Michael Wiley, of The Defendants Wayne Sikorcin, the son of Tony Sikorcin, and Names of Organization of Corporation of a Connection of Names by Donna Ramere, Alexis Glenn Daughter of Kendra Glenn, A.J. Khubani, Joshua Malone, Kendall Harter of doing a Scam of Scheming of The Plaintiff Invention of Devices of Filling Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons. Jack Tubbs is acknowledge to Martin Sovis and Jame E. White, Michael Ball, Michael Wiley of Organization of Corporation of Review Panel of a Team of Evaluators of a Confidentiality Agreement of a Signature Form to Receive Information of Evaluation of The Plaintiff Invention and having Controlling ability of Organization of a Corporation Connection of Links. Jack Tubbs is acknowledge that a Staged act of Inventing to claim a United State Patent could be done of Evaluators Club of Organization of a Corporation of Organization Link Connection of The Plaintiff Invention Evaluation of a Federal Crime of Fraud of Identity Theft. Jack Tubbs is acknowledge to The Defendants by Name of Organization Link of Corporation of Wayne Sikorcin the son of Tony Sikorcin, and of Organizations of Corporations Owners of Companies of Owners Names of Donna Ramere, Alexis Glenn Daughter of Kendra Glenn, A. J. Khubani, Joshua Malone, Kendall Harter. Jack Tubbs is acknowledge to Evaluators of Inventors Council of Mid-Michigan by name of Organization of Link Connection of Corporation of Business of Martin Sovis and Jame E. White, Michael Ball, Michael Wiley of Advisement of Presentation of Controlling a system of Operation of a Business of Organization of Corporation. Jack Tubbs is a Patent Attorney and a Member of Evaluators Club and a speaker of speaking of Evaluators Club of Organization of Corporation. Jack Tubbs can be contact at (810-287-2188) of 9060 N. Elms Rd. Clio, Mi. 48420.**

**Additional Information: The Plaintiff: Witness of Evidence Rick Mason is acknowledge of Identity Theft of a Federal Crime of doing Fraud of a United State Patent could be done of Evaluators James E. White Martin Sovis, Michael Ball, Michael Wiley, of their Club of Inventors Council of Mid- Michigan of Organization of a Corporation of Link Connection to another Organization of Corporation Business. Rick Mason is acknowledge to The Plaintiff of report to him of Evaluator Martin Sovis and James E. White, Michael Ball, Michael Wiley, of The Defendants Wayne Sikorcin, the son of Tony Sikorcin, and Names of Organization of Corporation of a Connection by Names of Donna Ramere, Alexis Glenn Daughter of Kendra Glenn, A.J. Khubani, Joshua Malone, Kendall Harter of doing a Scam of Scheming of The Plaintiff Invention of Devices of Filling Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons. Rick Mason is acknowledge to Martin Sovis and Jame E. White, Michael Ball, Michael Wiley of Organization of Corporation of Review Panel of a Team of Evaluators of a Confidentiality Agreement of a Signature Form to Receive Information of Evaluation of The Plaintiff Invention and having Controlling ability of Organization of a Corporation Connection of Links. Rick Mason is acknowledge that a Staged act of Inventing to claim a United State Patent could be done of Evaluators Club of Organization of a Corporation of Organization Link Connection of The Plaintiff Invention Evaluation of a Federal Crime of Fraud of Identity Theft. Rick Mason is acknowledge to The Defendants by name of Organization Link of Corporation of Wayne Sikorcin the son of Tony Sikorcin, and of Organizations of Corporations Owners of Companies of Owners Names of Donna Ramere, Alexis Glenn Daughter of Kendra Glenn, A. J. Khubani, Joshua Malone, Kendall Harter. Rick Mason is acknowledge to Evaluators of Inventors Council of Mid- Michigan by Names of Organization of Link Connection of Corporation of Business of Martin Sovis and Jame E. White, Michael Ball, Michael Wiley of Advisement of Presentation of Controlling a system of Operation of a Business of Organization of Corporation. Rick Mason is a Member Director of Evaluators Club of Organization of Corporation. Rick Mason can be contact at (810-659-7935).**

Complain for a Civil Case

Contents: The Plaintiff Witness of Evidence

**Additional Information: The Plaintiff: Witness of Evidence Ronald Kilponen is acknowledge of Identity Theft of a Federal Crime of doing Fraud of a United State Patent could be done of Evaluators James E. White Martin Sovis, Michael Ball, Michael Wiley, of their Club of Inventors Council of Mid- Michigan of Organization of a Corporation of Link Connection to another Organization of Corporation Business. Ronald Kilponen is acknowledge to The Plaintiff of report to him of Evaluator Martin Sovis and James E. White, Michael Ball, Michael Wiley, of The Defendants Wayne Sikorcin, the son of Tony Sikorcin, Donna Ramere, Alexis Glenn Daughter of Kendra Glenn, A.J. Khubani, Joshua Malone, Kendall Harter of doing a Scam of Scheming of The Plaintiff Invention of Devices of Filling Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons. Ronald Kilponen is acknowledge to Martin Sovis and Jame E. White, Michael Ball, Michael Wiley of Organization of Corporation of Review Panel of a Team of Evaluators of a Confidentiality Agreement of a Signature Form to Receive Information of Evaluation of The Plaintiff Invention and having Controlling ability of Organization of a Corporation Connection of Links. Ronald Kilponen is acknowledge that a Staged act of Inventing to claim a United State Patent could be done of Evaluators Club of Organization of a Corporation of Organization Link Connection of The Plaintiff Invention Evaluation of a Federal Crime of Fraud of Identity Theft. Ronald Kilponen is acknowledge to The Defendants by name of Organization Link of Corporation of Wayne Sikorcin the son of Tony Sikorcin, Donna Ramere, Alexis Glenn Daughter of Kendra Glenn, A. J. Khubani, Joshua Malone, Kendall Harter. Ronald Kilponen is acknowledge to Evaluator of Inventors Council of Mid- Michigan by name of Organization of Link Connection of Corporation of Business of Martin Sovis and Jame E. White, Michael Ball, Michael Wiley of Advisement of Presentation of Controlling a system of Operation of a Business of Organization of Corporation. Ronald Kilponen is a Patent Attorney and a Member of Evaluators Club of Organization of Corporation and a Corporation Contact Connector Caller of Evaluators Club of Organization of Corporation. Ronald Kilponen can be contact at (248-344-7132 P.O. Box 1132 Novi. Mi. 48376.**

**Additional Information: The Plaintiff: Witness of Evidence Randy Conat is acknowledge of Identity Theft of a Federal Crime of doing Fraud of a United State Patent could be done of Evaluators James E. White Martin Sovis, Michael Ball, Michael Wiley, of their Club of Inventors Council of Mid- Michigan of Organization of a Corporation of Link Connection to other Organization of Corporation Business. Randy Conat is acknowledge to The Plaintiff of report to him of Evaluator Martin Sovis and James E. White, Michael Ball, Michael Wiley, of The Defendants Wayne Sikorcin, the son of Tony Sikorcin, Donna Ramere, Alexis Glenn Daughter of Kendra Glenn, A.J. Khubani, Joshua Malone, Kendall Harter of doing a Scam of Scheming of The Plaintiff Invention of Devices of Filling Balloons with Water and Tying a Knot of a Water Balloon and Tying a Knot of a Self Sealing Knot of Water Balloons. Randy Conat is acknowledge to Martin Sovis and Jame E. White, Michael Ball, Michael Wiley of Organization of Corporation of Review Panel of a Team of Evaluators of a Confidentiality Agreement of a Signature Form to Receive Information of Evaluation of The Plaintiff Invention and having Controlling ability of Organization of a Corporation Connection of Links. Randy Conat is acknowledge that a Staged act of Inventing to claim a United State Patent could be done of Evaluators Club of Organization of a Corporation of Organization Link Connection of The Plaintiff Invention Evaluation of a Federal Crime of Fraud of Identity Theft. Randy Conat has the ability of acknowledgement to The Defendants by name of Organization Link of Corporation of Wayne Sikorcin the son of Tony Sikorcin, Donna Ramere, Alexis Glenn Daughter of Kendra Glenn, A. J. Khubani, Joshua Malone, Kendall Harter. Randy Conat is acknowledge to Evaluator of Inventors Council of Mid-Michigan by Name of Organization of Link Connection of Corporation of Business of Martin Sovis and Jame E. White, Michael Ball, Michael Wiley of Advisement of Presentation of Controlling a system of Operation of a Business of Organization of Corporation. Randy Conat is a retired News Reporter of Channel News Station of Flint Mi. Randy Conat can be contact at (810- 233-3130 of Main Office of News Station of 2302 Lapeer Rd. Flint Mi. 48503.**

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Connie Watson

**(b)** County of Residence of First Listed Plaintiff Genesee
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

**DEFENDANTS**

Wayne Sikorcin, Donna Ramere, Alexis Glenn, Kendra Glenn, Kendall Harter, Joshus Malone, Ajit Khubani

Count

NOTE

Attor

Case: 2:26-cv-14431
Assigned To : Parker, Linda V.
Referral Judge: Patti, Anthony P.
Assign. Date : 11/23/2026
CMP Watson [ENJOINED] v. Sikorcin, et al

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)* Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
Other:
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Management Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 835 Patent - Abbreviated New Drug Application
☐ 840 Trademark
☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC 3729(a))
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☒ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit (15 USC 1681 or 1692)
☐ 485 Telephone Consumer Protection Act
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation - Transfer ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C.1964, - 18 U.S.C. 1961, - 18 U.S.C. 1962, - RICO

Brief description of cause:
Defendants Stolen Plaintiff Invention of Robbery of Extortion of Negligently Filed Patents for Grand U.S. Patents for Marketing sell Claim of Profits.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. **DEMAND $** CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: JUDGE ______ DOCKET NUMBER ______

DATE SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______